| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| DISTRICT OF MARYLAND |
| Case number *(if known)* _____  Chapter **11** |
| ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | **Debtor's name** | **Prepaid Wireless Group LLC** |
|---|---|---|

| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
|---|---|---|

| 3. | **Debtor's federal Employer Identification Number** (EIN) | **90-0885159** |
|---|---|---|

| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|---|---|
| | | **6100 Executive Blvd Suite 202** **Rockville, MD 20852-3965** Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Montgomery** County | **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |

| 5. | **Debtor's website** (URL) | |
|---|---|---|

| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
|---|---|---|
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Debtor **Prepaid Wireless Group LLC**     Case number (*if known*) _____
      Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__5171__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

| Debtor | **Prepaid Wireless Group LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | | When | | Case number, if known | |

**11. Why is the case filed in *this district*?**   *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
Contact name _____
Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**   *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ■ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than100,000

**15. Estimated Assets** [1]

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ■ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities** [2]

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ■ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

1. Estimated assets does not include intercompany receivables or equity interests. The Debtor is in the process of reconciling the books and records.

2. Estimated liabilities does not include intercompany liabilities. The Debtor is in the process of reconciling the books and records.

Debtor **Prepaid Wireless Group LLC**    Case number (*if known*)
      Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **October 21, 2024**
             MM / DD / YYYY

X **/s/ Paul Greene**    **Paul Greene**
Signature of authorized representative of debtor    Printed name

Title **Chief Executive Officer**

**18. Signature of attorney**

X **/s/ Irving Walker**    Date **October 21, 2024**
Signature of attorney for debtor    MM / DD / YYYY

**Irving Walker**
Printed name

**Cole Schotz P.C.**
Firm name

**1201 Wills Street**
**Suite 320**
**Baltimore, MD 21231**
Number, Street, City, State & ZIP Code

Contact phone **410-303-8809**    Email address **iwalker@coleschotz.com**

**00179 MD**
Bar number and State

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 4

Fill in this information to identify the case:

Debtor name: **Prepaid Wireless Group LLC**

United States Bankruptcy Court for the: **DISTRICT OF MARYLAND**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Call Centers India Inc<br>701 Fifth Avenue<br>Suite 4200<br>Seattle, WA 98104 | 917-602-7548 | Trade | | | | $1,874,770.85 |
| ShipTech (XW)<br>P.O. Box 8233<br>Carol Stream, IL 60197 | 312-776-3399 | Trade | | | | $564,276.80 |
| Speedmark Transportation<br>131 N Lively Blvd<br>Elk Grove Village, IL 60007 | Olivia Glass<br>847-439-2139 | Trade | | | | $493,408.78 |
| iPass (formally Syntegra)<br>1700 W. Irving Park Rd<br>Chicago, IL 60613 | | Trade | | | | $480,425.40 |
| CA Franchise Tax Board WH Svcs<br>P.O. Box 942867<br>Sacramento, CA 94267-0651 | | Taxes | | | | $384,687.00 |
| Georgia Department of Revenue<br>P.O. Box 105544<br>Atlanta, GA 30348-5544 | | Taxes | | | | $217,065.00 |
| Cirries Technologies Inc<br>300 N Coit Road<br>Suite 700<br>Richardson, TX 75080 | | Trade | | | | $75,000.00 |

Debtor **Prepaid Wireless Group LLC**  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Colorado Department of Revenue<br>Colorado Department of Revenue<br>Denver, CO 80261-0008 | | Taxes | | | | $72,473.00 |
| Texas Comptroller of Public Accts<br>P.O. Box 149348<br>Austin, TX 78714-9348 | | Taxes | | | | $51,933.74 |
| 3C Interactive (IMImobile US)<br>DEPT 3412 P.O. Box 123412<br>Dallas, TX 75312-3412 | Ramona Walker<br><br>866-446-5505 | Trade | | | | $30,572.13 |
| ShipTech<br>P.O. Box 8233<br>Carol Stream, IL 60197 | 312-776-3399 | Trade | | | | $25,500.00 |
| Inteserra JSI (FAStek)<br>151 Southhall Lane, Suite 450<br>Maitland, FL 32751 | 614-506-4388 | Trade | | | | $24,890.10 |
| Syniverse Technologies LLC<br>12094 Collections Center Drive<br>Chicago, IL 60693 | 800-892-2888 | Trade | | | | $20,600.00 |
| New York Department of Assessments 2<br>P.O. Box 15310<br>Albany, NY 12212-5310 | | Filing Fees | | | | $4,796.00 |
| Iowa Department of Revenue<br>P.O. Box 9187<br>Des Moines, IA 50306-9187 | | Taxes | | | | $4,278.00 |
| Phonecheck<br>12424 Wilshire Blvd Pl 12<br>Los Angeles, CA 90025 | | Trade | | | | $1,072.80 |
| CSC Global<br>P.O. Box 7410023<br>Chicago, IL 60674 | | Trade | | | | $968.94 |

Debtor **Prepaid Wireless Group LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **New York Department of Assessments 3**<br>**P.O. Box 15179**<br>**Albany, NY 12212-5179** | | **Filing Fees** | | | | $113.00 |
| **Lingo Telecom, LLC dba Impact Telecom**<br>**9330 LBJ Freeway, Suite 944**<br>**Dallas, TX 75243** | **888-392-3535** | **Trade** | | | | $22.17 |

# United States Bankruptcy Court
## District of Maryland

In re  **Prepaid Wireless Group LLC**  
Debtor(s)

Case No.  
Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Brandt Mensh**<br>1 Hall Ave<br>Rehoboth Beach, DE 19971-2512 | Class A Membership Interest | 10.0% | |
| **Communication Network Services LLC**<br>The Cooperage<br>2201 Old Court Road<br>Pikesville, MD 21208 | Class B Membership Interest | 73.0% | |
| **David Sellman**<br>12619 Waterspout Court<br>Owings Mills, MD 21117 | Class A Membership Interest | 2.0% | |
| **Jennifer Shappel**<br>9119 Marseille Dr<br>Potomac, MD 20854-2202 | Class A Membership Interest | 2.0% | |
| **John Walden**<br>4761 Carefree Trail<br>Parker, CO 80134-5238 | Class A Membership Interest | 2.0% | |
| **Nathan Stierwalt**<br>1809 Coachtrail Drive<br>Hebron, KY 41048-9771 | Class A Membership Interest | 2.0% | |
| **Robert Felgar** | Class A Membership Interest | 2.0% | |
| **Steven Levine**<br>6 Oak Hill Court<br>Owings Mills, MD 21117 | Class A Membership Interest | 2.0% | |
| **Stuart Chowning**<br>10753 Sheanshang Rd<br>California, KY 41007-9051 | Class A Membership Interest | 5.0% | |

Sheet 1 of 2 in List of Equity Security Holders

In re: **Prepaid Wireless Group LLC**     Case No. _____
                        Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| | | | |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I, the **Chief Executive Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **October 21, 2024**     Signature **/s/ Paul Greene**
                                                                                            **Paul Greene**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

List of equity security holders consists of 2 total page(s)

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Prepaid Wireless Group LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF MARYLAND |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☒ Other document that requires a declaration   **List of Equity Security Holders**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **October 21, 2024**       X **/s/ Paul Greene**
                                          Signature of individual signing on behalf of debtor

                                          **Paul Greene**
                                          Printed name

                                          **Chief Executive Officer**
                                          Position or relationship to debtor

Official Form 202            Declaration Under Penalty of Perjury for Non-Individual Debtors

# United States Bankruptcy Court
## District of Maryland

In re  **Prepaid Wireless Group LLC**  
                   Debtor(s)

Case No. _____  
Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Prepaid Wireless Group LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Communication Network Services LLC**  
**The Cooperage**  
**2201 Old Court Road**  
**Pikesville, MD 21208**

☐ None [*Check if applicable*]

**October 21, 2024**  
Date

/s/ Irving Walker  
**Irving Walker**  
Signature of Attorney or Litigant  
Counsel for  **Prepaid Wireless Group LLC**  
**Cole Schotz P.C.**  
**1201 Wills Street**  
**Suite 320**  
**Baltimore, MD 21231**  
**410-303-8809**  
**iwalker@coleschotz.com**

# PREPAID WIRELESS GROUP, LLC

## (Chapter 11 Bankruptcy Petition)

_____

## WRITTEN CONSENT OF
## THE REQUIRED MEMBERS

_____

The undersigned, being the Members holding at least a Majority in Interest of the Membership Interests (the "Required Members") of Prepaid Wireless Group, LLC, a Maryland limited liability company (the "Company"), do hereby consent to and adopt the following resolutions as of October 20, 2024:

**WHEREAS**, in light of the Company's current financial condition, the Chief Executive Officer of the Company has investigated, discussed and considered options for addressing the Company's financial challenges and, in order to maximize value for the Company's stakeholders, has concluded that it is in the best interests of the Company, its creditors, employees and other interested parties, and recommends to the Members, that a petition be filed by the Company seeking relief under the provisions of Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"); and

**WHEREAS**, pursuant to Section 4.2.3 of the First Amended and Restated Operating Agreement of the Company dated as of January 1, 2013, the Chief Executive Officer seeks the consent of the Required Members for the Company to file a petition seeking relief under the Bankruptcy Code.

**NOW THEREFORE**, be it

**RESOLVED**, that it is desirable and in the best interests of the Company, its creditors, employees and other interested parties that a petition be filed by the Company in the United States Bankruptcy Court for the District of Maryland ("Bankruptcy Court") seeking relief under the Bankruptcy Code; and it is further

**RESOLVED**, that Paul V. Greene, in his capacity as the Chief Executive Officer of the Company (the "Authorized Officer"), be, and hereby is, authorized, empowered and directed, in the name and on behalf of the Company, to execute, verify and file in Bankruptcy Court all petitions, schedules, lists and other papers or documents, and to take and perform any and all further actions and steps that the Authorized Officer deems necessary, desirable and proper in connection with the Company's case under the Bankruptcy Code, with a view to the successful prosecution of such case; and it is further

**RESOLVED**, that the Authorized Officer, on behalf of the Company, be, and hereby is, authorized, empowered and directed to retain the law firm of Cole Schotz P.C. ("CS") as bankruptcy counsel to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights in connection therewith, and the Authorized Officer is hereby authorized and directed to execute appropriate

retention agreements, pay appropriate retainers prior to and immediately upon the filing of the bankruptcy, and to cause to be filed an appropriate application for authority to retain the services of CS; and it is further

**RESOLVED**, that the Authorized Officer, on behalf of the Company, be, and hereby is, authorized, empowered and directed to employ any other professionals, including without limitation, financial advisors and investment bankers, necessary to assist the Company in carrying out its duties under the Bankruptcy Code; and in connection therewith, the Authorized Officer is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers and cause to be filed appropriate applications with the Bankruptcy Court for authority to retain the services of any other professionals, as necessary, and on such terms as are deemed necessary, desirable and proper; and it is further

**RESOLVED**, that the Authorized Officer, on behalf of the Company, be, and hereby is, authorized, empowered and directed to take any and all actions, to execute, deliver, certify, file and/or record and perform any and all documents, agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities or certificates and to take any and all actions and steps deemed by the Authorized Officer to be necessary or desirable to carry out the purpose and intent of each of the foregoing resolutions and to effectuate a successful Chapter 11 case; and it is further

**RESOLVED**, that all action heretofore taken and all documentation heretofore delivered by the Board and/or the Authorized Officer, or any other duly authorized officer of the Company in the name and on behalf of the Company in furtherance of any or all of the proceeding resolutions be, and the same hereby are, ratified, confirmed and approved; and it is further

**RESOLVED**, that this Written Consent shall serve in lieu of a meeting of the Members and the undersigned hereby waive all requirements as to notice of a meeting; and it is further

**RESOLVED**, that this Written Consent may be executed by facsimile, ".pdf", DocuSign, or other electronic means, and such execution shall be considered valid, binding and effective for all purposes; and it is further

**RESOLVED**, that a Member's written consent, when delivered to the Board, shall be irrevocable and unconditional; and it is further

**RESOLVED,** that this Written Consent may be executed in any number of counterparts, each of which shall be deemed an original and all of which taken together shall constitute one and the same instrument.

[The remainder of this page is intentionally left blank.]

**IN WITNESS WHEREOF**, the undersigned Members have executed this Written Consent of Required Members of Prepaid Wireless Group, LLC as of the date first set forth above.

_____
Brandt Mensh

_____
Nathan Stierwalt

_____
John Walden

_____
Jennifer Shappell

_____
Steven Levine

_____
David S. Sellman

**Communication Network Services, LLC**
A Maryland limited liability company

_____
BY: David S. Sellman, a Managing Member

PWG. Written Consent.10 20 24

**United States Bankruptcy Court**
**District of Maryland**

In re  **Prepaid Wireless Group LLC**                              Case No. _____
                                   Debtor(s)                       Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Chief Executive Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **October 21, 2024**            **/s/ Paul Greene**
                                        **Paul Greene**/**Chief Executive Officer**
                                        Signer/Title

Prepaid Wireless Group LLC
6100 Executive Blvd Suite 202
Rockville, MD 20852-3965


Irving Walker
Cole Schotz P.C.
1201 Wills Street
Suite 320
Baltimore, MD 21231


3C Interactive (IMImobile US)
DEPT 3412 P.O. Box 123412
Dallas, TX 75312-3412


Allison S. Glickman , Esq
T-Mobile USA Inc.
6220 Sprint Pkwy
Overland Park, KS 66211


Anthony G. Brown
Maryland Attorney General
200 St. Paul Place
Baltimore, MD 21202


CA Franchise Tax Board WH Svcs
P.O. Box 942867
Sacramento, CA 94267-0651


Call Centers India Inc
701 Fifth Avenue Suite 4200
Seattle, WA 98104


Cirries Technologies Inc
300 N Coit Road Suite 700
Richardson, TX 75080


Colorado Department of Revenue
Colorado Department of Revenue
Denver, CO 80261-0008

```
CSC Global
P.O. Box 7410023
Chicago, IL 60674


Danielle Rider, Esq.
T-Mobile USA Inc.
6220 Sprint Pkwy
Overland Park, KS 66211


Erek L. Barron
United States Attorney's Office
District of MD
36 S. Charles Street 4th Fl.
Baltimore, MD 21201


Federal Communications Commission
45 L Street NE
Washington, DC 20554


Georgia Department of Revenue
P.O. Box 105544
Atlanta, GA 30348-5544


Internal Revenue Service
P.O. Box 802501
Cincinnati, OH 45280-2562


Inteserra JSI (FAStek)
151 Southhall Lane, Suite 450
Maitland, FL 32751


Iowa Department of Revenue
P.O. Box 9187
Des Moines, IA 50306-9187


iPass (formally Syntegra)
1700 W. Irving Park Rd
Chicago, IL 60613
```

```
Lingo Telecom, LLC dba Impact Telecom
9330 LBJ Freeway, Suite 944
Dallas, TX 75243



New York Department of Assessments 2
P.O. Box 15310
Albany, NY 12212-5310



New York Department of Assessments 3
P.O. Box 15179
Albany, NY 12212-5179



Phonecheck
12424 Wilshire Blvd Pl 12
Los Angeles, CA 90025



ShipTech
P.O. Box 8233
Carol Stream, IL 60197



ShipTech (XW)
P.O. Box 8233
Carol Stream, IL 60197



Speedmark Transportation
131 N Lively Blvd
Elk Grove Village, IL 60007



Syniverse Technologies LLC
12094 Collections Center Drive
Chicago, IL 60693



T Mobile, USA c/o US Bank
P.O. Box 94503
Seattle, WA 98124-6803
```

```
T Mobile, USA c/o US Bank
12920 SE 38th Street
Bellevue, WA 98006


Texas Comptroller of Public Accts
P.O. Box 149348
Austin, TX 78714-9348
```