IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| In re:<br><br>Prepaid Wireless Group, LLC,[1]<br><br>                Debtor. | (Chapter 11)<br><br>Case No. 24-18852 (__) |

### NOTICE OF APPLICATION OF COMPLEX CHAPTER 11 CASE PROCEDURES

Prepaid Wireless Group, LLC, the debtor and debtor-in-possession in the above-captioned chapter 11 case (the "Debtor"), by its undersigned proposed counsel, hereby provides notice that the Amended Complex Chapter 11 Case Procedures established by Rule 1002-3 and Appendix J to the Local Bankruptcy Rules of the United States Bankruptcy Court for the District of Maryland shall apply to the above-captioned case for the following reasons:

    1.     The Debtor has liabilities of at least $10 million (US).

See Appendix J, Local Rules.

[*Signature on next page*]

---

[1] The Debtor in this Chapter 11 case and the last four digits of its federal tax identification are: Prepaid Wireless Group, LLC (5159). The Debtor's principal address is 1800-1 Rockville Pike, Rockville, MD 20852.

54720/0002-48648724v1

Dated: October 21, 2024 **COLE SCHOTZ P.C.**

By: */s/ H.C. Jones III*
Irving E. Walker (Bar No. 00179)
Gary H. Leibowitz (Bar No. 24717)
H.C. Jones III (Bar No. 20064)
J. Michael Pardoe (Bar No. 20730)
1201 Wills Street, Suite 320
Baltimore, MD 21231
(410) 230-0660
(410) 230-0667 (fax)
iwalker@coleschotz.com
gleibowitz@coleschotz.com
hjones@coleschotz.com
mpardoe@coleschotz.com

*Proposed Counsel for Debtor and Debtor-In-Possession*

3

## **CERTIFICATE OF SERVICE**

I certify that this Notice has been given to the following parties or to their counsel, if known: (i) the Office of the United States Trustee, (ii) T-Mobile, and (iii) all other parties identified on the Debtor's Lists of Twenty Largest Unsecured Creditors. The Debtor submits that, in light of the nature of the relief requested, no other or further notice need be given.

                                                */s/ H.C. Jones III*
                                                H.C. Jones III, Esq.