**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Greenbelt Division)**

| | |
|---|---|
| **In re:** | |
| **Prepaid Wireless Group LLC** | **Case No.: 24-18852-MCR** |
| **Debtor** | **Chapter 11** |

**NOTICE OF APPEARANCE OF COUNSEL FOR**
**UNITED STATES TRUSTEE FOR REGION 4**

To the Clerk of the Court:

Kindly enter the appearance of Lynn A. Kohen as counsel for the United States Trustee

for Region 4 in this case.

Dated: October 22, 2024                **GERARD R. VETTER**
                                         Acting United States Trustee for Region 4
                                         By Counsel:

                                         *By: /s/ Lynn A. Kohen*
                                         Lynn A. Kohen, Bar No. 10025
                                         Trial Attorney
                                         Office of United States Trustee
                                         6305 Ivy Lane, Suite 600
                                         Greenbelt,MD 20770
                                         (301) 344-6216
                                         *Lynn.a.kohen@usdoj.gov*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on October 22, 2024, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the Notice of Appearance of Counsel for United States Trustee will be served electronically by the Court's CM/ECF system on the following:

- **Harry Conrad Jones    HJones@coleschotz.com, bankruptcy@coleschotz.com;pratkowiak@coleschotz.com**
- **US Trustee - Greenbelt    USTPRegion04.GB.ECF@USDOJ.GOV**
- **Irving Edward Walker    iwalker@coleschotz.com, jdonaghy@coleschotz.com;pratkowiak@coleschotz.com;bankruptcy@coleschotz.com**

*/s/ Lynn A. Kohen*
Lynn A. Kohen

2