Entered: October 24th, 2024
Signed: October 23rd, 2024
**SO ORDERED**



MARIA ELLENA CHAVEZ-RUARK
U.S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

| | |
|---|---|
| In re:<br><br>PREPAID WIRELESS GROUP LLC,<br><br>Debtor. | Case Number:  24-18852-MCR<br>(Chapter 11) |

### ORDER (I) SHORTENING DEADLINE TO RESPOND TO MOTION TO APPROVE CASH MANAGEMENT SYSTEM AND MOTION TO EXTEND DEADLINE TO FILE REQUIRED DOCUMENTS AND (II) SCHEDULING EXPEDITED HEARING

On October 21, 2024, Prepaid Wireless Group LLC (the "Debtor") filed a Chapter 11 Voluntary Petition thereby commencing the instant case.  On the same day, the Debtor filed the *Motion of the Debtor and Debtor-in-Possession for Entry of an Order (I) Approving Cash Management System; (II) Authorizing the Debtor to Continue Using Existing Bank Accounts and Business Forms; and (III) Granting a Waiver of the Debtor's Compliance with Section 345(b) of the Bankruptcy Code* [Dkt. No. 3] (the "Cash Management Motion"), the *Motion of the Debtor and Debtor-in-Possession for Entry of an Order Extending the Time to File Schedules of Assets and Liabilities and Statements of Financial Affairs)* [Dkt. No. 4] (the "Extension Motion") (together, the Cash Management Motion and the Extension Motion are referred to as the "First Day Motions"), and the *Request for Emergency Hearing* [Dkt. No. 5].

The Request for Emergency Hearing requests that the Court set an emergency hearing to consider the First Day Motions.

The Court has considered the Request for Emergency Hearing and finds good cause to shorten the time for parties in interest to file responses to the First Day Motions as permitted by Bankruptcy Rule 9006(c)(1) and to hold an expedited hearing on the First Day Motions.

Now, therefore, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the Request for Emergency Hearing is granted as set forth herein; and it is further

ORDERED, that the deadline for parties in interest to file responses to the First Day Motions is shortened to **November 4, 2024**; and it is further

ORDERED, that the Court will hold a hearing on the First Day Motions on **November 7, 2024** at **12:00 p.m.** at the United States Courthouse, Courtroom 3-C, 6500 Cherrywood Lane, Greenbelt, Maryland 20770; and it is further

ORDERED, that the Debtor shall serve by overnight delivery a copy of the First Day Motions and this Order on all secured creditors, all creditors holding tax claims, the holders of the twenty largest general unsecured claims, and any party in interest who may claim to have an interest in the Debtor's cash; and it is further

ORDERED, that by **October 25, 2024**, the Debtor shall file a certificate of service confirming service was made as set forth in the preceding paragraph.

cc:  Debtor  
Debtor's Counsel  
Office of the United States Trustee  
All creditors and parties in interest

**END OF ORDER**