United States Bankruptcy Court
District of Maryland

In re:  Case No. 24-18852-MCR
Prepaid Wireless Group LLC  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0416-0      User: admin      Page 1 of 2
Date Rcvd: Oct 22, 2024      Form ID: 309F1      Total Noticed: 37

The following symbols are used throughout this certificate:
**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 24, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Prepaid Wireless Group LLC, 6100 Executive Blvd Suite 202, Rockville, MD 20852-3965 |
| aty | + | Harry Conrad Jones, III, Cole Schotz P.C., 1201 Wills Street, Suite 320, Baltimore, MD 21231-3806 |
| 32680364 | | 3C Interactive (IMImobile US), DEPT 3412 P.O. Box 123412, Dallas, TX 75312-3412 |
| 32680365 | + | Allison S. Glickman, Esq, T-Mobile USA Inc., 6220 Sprint Pkwy, Overland Park, KS 66211-6118 |
| 32680366 | + | Anthony G. Brown, Maryland Attorney General, 200 St. Paul Place, Baltimore, MD 21202-5994 |
| 32680367 | | CA Franchise Tax Board WH Svcs, P.O. Box 942867, Sacramento, CA 94267-0651 |
| 32680371 | + | CSC Global, P.O. Box 7410023, Chicago, IL 60674-5024 |
| 32680368 | + | Call Centers India Inc, 701 Fifth Avenue Suite 4200, Seattle, WA 98104-7047 |
| 32680369 | + | Cirries Technologies Inc, 300 N Coit Road Suite 700, Richardson, TX 75080-5449 |
| 32680372 | + | Danielle Rider, Esq., T-Mobile USA Inc., 6220 Sprint Pkwy, Overland Park, KS 66211-6118 |
| 32680373 | + | Erek L. Barron, United States Attorney's Office, District of MD, 36 S. Charles Street 4th Fl., Baltimore, MD 21201-3020 |
| 32680374 | + | Federal Communications Commission, 45 L Street NE, Washington, DC 20554-0001 |
| 32680378 | ++ | IOWA DEPARTMENT OF REVENUE, ATTN BANKRUPTCY UNIT, PO BOX 10471, DES MOINES IA 50306-0471 address filed with court:, Iowa Department of Revenue, P.O. Box 9187, Des Moines, IA 50306-9187 |
| 32680377 | + | Inteserra JSI (FAStek), 151 Southhall Lane, Suite 450, Maitland, FL 32751-7101 |
| 32680363 | + | Irving Walker, Cole Schotz P.C., 1201 Wills Street, Suite 320, Baltimore, MD 21231-3806 |
| 32680380 | + | Lingo Telecom, LLC dba Impact Telecom, 9330 LBJ Freeway, Suite 944, Dallas, TX 75243-3436 |
| 32680381 | | New York Department of Assessments 2, P.O. Box 15310, Albany, NY 12212-5310 |
| 32680382 | | New York Department of Assessments 3, P.O. Box 15179, Albany, NY 12212-5179 |
| 32680383 | + | Phonecheck, 12424 Wilshire Blvd Pl 12, Los Angeles, CA 90025-1052 |
| 32680432 | + | Secretary of the Treasury, 15th and Pennsylvania Ave., N.W., Washington, DC 20220-0001 |
| 32680384 | + | ShipTech, P.O. Box 8233, Carol Stream, IL 60197-8233 |
| 32680385 | + | ShipTech (XW), P.O. Box 8233, Carol Stream, IL 60197-8233 |
| 32680386 | + | Speedmark Transportation, 131 N Lively Blvd, Elk Grove Village, IL 60007-1324 |
| 32680387 | + | Syniverse Technologies LLC, 12094 Collections Center Drive, Chicago, IL 60693-0001 |
| 32680389 | + | T Mobile, USA c/o US Bank, 12920 SE 38th Street, Bellevue, WA 98006-1350 |
| 32680388 | | T Mobile, USA c/o US Bank, P.O. Box 94503, Seattle, WA 98124-6803 |
| 32680379 | + | iPass (formally Syntegra), 1700 W. Irving Park Rd, Chicago, IL 60613-2559 |

TOTAL: 27

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | Email/Text: iwalker@coleschotz.com | Oct 22 2024 19:15:38 | Irving Edward Walker, Cole Schotz P.C., 1201 Wills Street, Suite 320, Baltimore, MD 21231 |
| 32680428 | Email/Text: Bankruptcymail@marylandtaxes.gov | Oct 22 2024 19:15:00 | Office of the Comptroller of Maryland, Bankruptcy Unit, 7 St. Paul Street, Suite 230, Baltimore, MD 21202 |
| 32680370 | EDI: CODEPREV.COM | Oct 22 2024 23:06:00 | Colorado Department of Revenue, Colorado Department of Revenue, Denver, CO 80261-0008 |
| 32680375 | EDI: GADEPTOFREV.COM | Oct 22 2024 23:06:00 | Georgia Department of Revenue, P.O. Box 105544, Atlanta, GA 30348-5544 |

| District/off: 0416-0 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 22, 2024 | Form ID: 309F1 | Total Noticed: 37 |

| Recip ID | Bypass | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 32680429 | | EDI: IRS.COM | Oct 22 2024 23:06:00 | Internal Revenue Service, Centralized Insolvency Section, PO Box 21126 (DP-N-781), Philadelphia, PA 19114 |
| 32680427 | + | Email/Text: UIBankruptcyNotices.DLLR@maryland.gov | Oct 22 2024 19:17:00 | State of Maryland DLLR, Division of Unemployment Insurance, 1100 N. Eutaw Street, Room 401, Baltimore, MD 21201-2226 |
| 32680390 | | Email/Text: pacer@cpa.state.tx.us | Oct 22 2024 19:17:00 | Texas Comptroller of Public Accts, P.O. Box 149348, Austin, TX 78714-9348 |
| 32680426 | ^ | MEBN | Oct 22 2024 19:08:10 | Taxing Authority of Montgomery County, Division of Treasury, 255 Rockville Pike, Ste. L-15, Rockville, MD 20850-4188 |
| 32680430 | | Email/Text: atlreorg@sec.gov | Oct 22 2024 19:16:00 | Branch of Reorganization, Sec. & Exch. Commission, 3475 Lenox Road NE (Suite 1000), Atlanta, GA 30327-1232 |
| 32680431 | | Email/Text: usamd.bankruptcy@usdoj.gov | Oct 22 2024 19:16:00 | U.S. Attorney-District of MD, 4th floor, 36 S. Charles St., Baltimore, MD 21201 |

TOTAL: 10

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| tr | | For Internal Use Only |
| 32680376 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, P.O. Box 802501, Cincinnati, OH 45280-2562 |
| 32680362 | * | Prepaid Wireless Group LLC, 6100 Executive Blvd Suite 202, Rockville, MD 20852-3965 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 24, 2024          Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 21, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Harry Conrad Jones | HJones@coleschotz.com  bankruptcy@coleschotz.com,pratkowiak@coleschotz.com |
| Irving Edward Walker | iwalker@coleschotz.com  jdonaghy@coleschotz.com,pratkowiak@coleschotz.com,bankruptcy@coleschotz.com |
| US Trustee - Greenbelt | USTPRegion04.GB.ECF@USDOJ.GOV |

TOTAL: 3

| Information to identify the case: | | |
|---|---|---|
| Debtor | **Prepaid Wireless Group LLC**<br>Name | EIN  90–0885159 |
| United States Bankruptcy Court  District of Maryland<br>Case number:  24–18852 MCR    Chapter:  11 | | Date case filed for chapter  11  10/21/24 |

Official Form 309F1 (For Corporations or Partnerships)

# Notice of Chapter 11 Bankruptcy Case                                10/20

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. Visit http://www.mdb.uscourts.gov/ and click on Filing Without An Attorney for additional resources and information.

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | Prepaid Wireless Group LLC | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 6100 Executive Blvd Suite 202<br>Rockville, MD 20852–3965 | |
| 4. | **Debtor's attorney**<br>Name and address | Irving Edward Walker<br>Cole Schotz P.C.<br>1201 Wills Street<br>Suite 320<br>Baltimore, MD 21231 | Contact phone 410–230–0660<br>Email:  iwalker@coleschotz.com |
| 5. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | Greenbelt Division<br>6500 Cherrywood Lane, Ste. 300<br>Greenbelt, MD 20770<br><br>Clerk of the Bankruptcy Court:<br>Mark A. Neal | Hours open:<br>8:45 – 4:00 PM<br><br>Contact phone  (301) 344–8018<br><br>Date: 10/22/24 |

For more information, see page 2 >

Debtor **Prepaid Wireless Group LLC** — Case number **24-18852**

| | | |
|---|---|---|
| **6. Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath.<br>Creditors may attend, but are not required to do so. | **November 25, 2024 at 03:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br>**Telephonic Meeting, Call 1-866-917-2025, Passcode 2926743#**<br><br>**For additional meeting information go to https://go.usa.gov/xeHZg.** |
| **7. Proof of claim deadline** | **Deadline for filing proof of claim:**<br>For all creditors (except a governmental unit):  **2/24/25**<br>For a governmental unit:  **4/21/25**<br><br>A proof of claim is a signed statement describing a creditor's claim. A Proof of Claim may be filed electronically from the court's web site at http://www.mdb.uscourts.gov/content/electronic-filing-claims. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br><br>Your claim will be allowed in the amount scheduled unless:<br><br>• your claim is designated as *disputed*, *contingent*, or *unliquidated*;<br>• you file a proof of claim in a different amount; or<br>• you receive another notice.<br><br>If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled.<br><br>You may review the schedules at the bankruptcy clerk's office or online at https://pacer.uscourts.gov.<br><br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| **8. Exception to discharge deadline**<br>The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below.<br><br>**Deadline for filing the complaint:** | |
| **9. Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **10. Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. | |
| **11. Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. | |
| **12. Debtor electronic bankruptcy noticing** | The U.S. Bankruptcy Court for the District of Maryland offers all parties the ability to receive court notices and orders via email, instead of U.S. mail. To participate, debtors must complete and file a DeBN request form with the Court -- additional information is available under Programs & Services at http://www.mdb.uscourts.gov. Other parties (non-debtors) can register at ebn.uscourts.gov. | |