**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**GREENBELT DIVISION**

| | |
|---|---|
| In re | Chapter 11 |
| Prepaid Wireless Group LLC, | Case No. 24-18852 |
| Debtor. | Hon. Maria Ellena Chavez-Ruark |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE THAT** David W.T. Daniels of Perkins Coie LLP hereby appears in this action as counsel of record for creditor T-Mobile USA, Inc. and requests that copies of all notices and other papers in this action be served upon the undersigned at the address stated below.  I certify that I am admitted to practice in this Court.

Dated: November 1, 2024

**PERKINS COIE LLP**


By: /s/ *David W.T. Daniels*
        David W.T. Daniels
        700 13th St NW #600
        Washington, DC 20005
        (202) 654-6364
        DDaniels@perkinscoie.com

***Attorneys for T-Mobile USA, Inc.***