United States Bankruptcy Court
District of Maryland

In re:                                                              Case No. 24-18852-MCR
Prepaid Wireless Group LLC                                                    Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0416-0                                  User: admin                                            Page 1 of 2
Date Rcvd: Nov 01, 2024                             Form ID: pdfall                                Total Noticed: 36

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 03, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Prepaid Wireless Group LLC, 6100 Executive Blvd Suite 202, Rockville, MD 20852-3965 |
| 32680364 | | 3C Interactive (IMImobile US), DEPT 3412 P.O. Box 123412, Dallas, TX 75312-3412 |
| 32680365 | + | Allison S. Glickman, Esq, T-Mobile USA Inc., 6220 Sprint Pkwy, Overland Park, KS 66211-6118 |
| 32680366 | + | Anthony G. Brown, Maryland Attorney General, 200 St. Paul Place, Baltimore, MD 21202-5994 |
| 32680367 | | CA Franchise Tax Board WH Svcs, P.O. Box 942867, Sacramento, CA 94267-0651 |
| 32680371 | + | CSC Global, P.O. Box 7410023, Chicago, IL 60674-5024 |
| 32680368 | + | Call Centers India Inc, 701 Fifth Avenue Suite 4200, Seattle, WA 98104-7047 |
| 32680369 | + | Cirries Technologies Inc, 300 N Coit Road Suite 700, Richardson, TX 75080-5449 |
| 32680370 | | Colorado Department of Revenue, Colorado Department of Revenue, Denver, CO 80261-0008 |
| 32680372 | + | Danielle Rider, Esq., T-Mobile USA Inc., 6220 Sprint Pkwy, Overland Park, KS 66211-6118 |
| 32680373 | + | Erek L. Barron, United States Attorney's Office, District of MD, 36 S. Charles Street 4th Fl., Baltimore, MD 21201-3020 |
| 32680374 | + | Federal Communications Commission, 45 L Street NE, Washington, DC 20554-0001 |
| 32680378 | ++ | IOWA DEPARTMENT OF REVENUE, ATTN BANKRUPTCY UNIT, PO BOX 10471, DES MOINES IA 50306-0471 address filed with court:, Iowa Department of Revenue, P.O. Box 9187, Des Moines, IA 50306-9187 |
| 32680377 | + | Inteserra JSI (FAStek), 151 Southhall Lane, Suite 450, Maitland, FL 32751-7101 |
| 32680363 | + | Irving Walker, Cole Schotz P.C., 1201 Wills Street, Suite 320, Baltimore, MD 21231-3806 |
| 32680380 | + | Lingo Telecom, LLC dba Impact Telecom, 9330 LBJ Freeway, Suite 944, Dallas, TX 75243-3436 |
| 32680381 | | New York Department of Assessments 2, P.O. Box 15310, Albany, NY 12212-5310 |
| 32680382 | | New York Department of Assessments 3, P.O. Box 15179, Albany, NY 12212-5179 |
| 32680383 | + | Phonecheck, 12424 Wilshire Blvd Pl 12, Los Angeles, CA 90025-1052 |
| 32680432 | + | Secretary of the Treasury, 15th and Pennsylvania Ave., N.W., Washington, DC 20220-0001 |
| 32680384 | + | ShipTech, P.O. Box 8233, Carol Stream, IL 60197-8233 |
| 32680385 | + | ShipTech (XW), P.O. Box 8233, Carol Stream, IL 60197-8233 |
| 32680386 | + | Speedmark Transportation, 131 N Lively Blvd, Elk Grove Village, IL 60007-1324 |
| 32680387 | + | Syniverse Technologies LLC, 12094 Collections Center Drive, Chicago, IL 60693-0001 |
| 32680389 | + | T Mobile, USA c/o US Bank, 12920 SE 38th Street, Bellevue, WA 98006-1350 |
| 32680388 | | T Mobile, USA c/o US Bank, P.O. Box 94503, Seattle, WA 98124-6803 |
| 32680379 | + | iPass (formally Syntegra), 1700 W. Irving Park Rd, Chicago, IL 60613-2559 |

TOTAL: 27

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| | + | Email/Text: ustpregion04.gb.ecf@usdoj.gov | Nov 01 2024 19:12:00 | Office of the US Trustee, 6305 Ivy Lane, Ste 600, Greenbelt MD 20770-6305 |
| 32680428 | | Email/Text: Bankruptcymail@marylandtaxes.gov | Nov 01 2024 19:11:00 | Office of the Comptroller of Maryland, Bankruptcy Unit, 7 St. Paul Street, Suite 230, Baltimore, MD 21202 |
| 32680375 | | Email/Text: brnotices@dor.ga.gov | Nov 01 2024 19:12:00 | Georgia Department of Revenue, P.O. Box 105544, Atlanta, GA 30348-5544 |
| 32680429 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 01 2024 19:11:00 | Internal Revenue Service, Centralized Insolvency Section, PO Box 21126 (DP-N-781), Philadelphia, |

| District/off: 0416-0 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 01, 2024 | Form ID: pdfall | Total Noticed: 36 |

| | | | | |
|---|---|---|---|---|
| | | | | PA 19114 |
| 32680427 | + | Email/Text: UIBankruptcyNotices.DLLR@maryland.gov | Nov 01 2024 19:12:00 | State of Maryland DLLR, Division of Unemployment Insurance, 1100 N. Eutaw Street, Room 401, Baltimore, MD 21201-2226 |
| 32680390 | | Email/Text: pacer@cpa.state.tx.us | Nov 01 2024 19:12:00 | Texas Comptroller of Public Accts, P.O. Box 149348, Austin, TX 78714-9348 |
| 32680426 | ^ | MEBN | Nov 01 2024 19:07:32 | Taxing Authority of Montgomery County, Division of Treasury, 255 Rockville Pike, Ste. L-15, Rockville, MD 20850-4188 |
| 32680430 | | Email/Text: atlreorg@sec.gov | Nov 01 2024 19:12:00 | Branch of Reorganization, Sec. & Exch. Commission, 3475 Lenox Road NE (Suite 1000), Atlanta, GA 30327-1232 |
| 32680431 | | Email/Text: usamd.bankruptcy@usdoj.gov | Nov 01 2024 19:11:00 | U.S. Attorney-District of MD, 4th floor, 36 S. Charles St., Baltimore, MD 21201 |

TOTAL: 9

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| tr | | For Internal Use Only |
| 32680376 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, P.O. Box 802501, Cincinnati, OH 45280-2562 |
| 32680362 | * | Prepaid Wireless Group LLC, 6100 Executive Blvd Suite 202, Rockville, MD 20852-3965 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 03, 2024             Signature:       /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 1, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Harry Conrad Jones | HJones@coleschotz.com bankruptcy@coleschotz.com,pratkowiak@coleschotz.com |
| Irving Edward Walker | iwalker@coleschotz.com jdonaghy@coleschotz.com,pratkowiak@coleschotz.com,bankruptcy@coleschotz.com |
| Lynn A. Kohen | lynn.a.kohen@usdoj.gov |
| US Trustee - Greenbelt | USTPRegion04.GB.ECF@USDOJ.GOV |

TOTAL: 4

Entered: November 1st, 2024
Signed: November 1st, 2024
**SO ORDERED**



**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
# at Greenbelt

| | |
|---|---|
| In re:<br><br>PREPAID WIRELESS GROUP LLC,<br><br>Debtor. | Case Number: 24-18852-MCR<br>(Chapter 11) |

### ORDER (I) SHORTENING DEADLINE TO RESPOND TO MOTION FOR AUTHORITY TO USE CASH COLLATERAL AND (II) SCHEDULING EXPEDITED HEARING

On October 21, 2024, Prepaid Wireless Group LLC (the "Debtor") filed a Chapter 11 Voluntary Petition thereby commencing the instant case. On November 1, 2024, the Debtor filed the *Motion of the Debtor and Debtor-in-Possession for Entry of Interim and Final Orders (I) Authorizing Postpetition Use of Cash Collateral, (II) Granting Adequate Protection to T-Mobile USA, Inc., and (III) Scheduling a Final Hearing* [Dkt. No. 18] (the "Cash Collateral Motion") and a *Request for Emergency Hearing for Interim Approval of Motion for Use of Cash Collateral and Other Relief* [Dkt. No. 19] (the "Request for Emergency Hearing"). The Request for Emergency Hearing requests that the Court set an emergency hearing to consider the Cash Collateral Motion on November 7, 2024 at 12:00 p.m. when the Court is hearing two other motions filed by the Debtor on an expedited basis.

The Court has considered the Request for Emergency Hearing and finds good cause to shorten the time for parties in interest to file responses to the Cash Collateral Motion as permitted by Bankruptcy Rule 9006(c)(1) and to hold an expedited hearing.

Now, therefore, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the Request for Emergency Hearing is granted as set forth herein; and it is further

ORDERED, that the deadline for parties in interest to file responses to the Cash Collateral Motion is shortened to **November 7, 2024 at 11:00 a.m.**; and it is further

ORDERED, that the Court will hold a hearing on the Cash Collateral Motion on **November 7, 2024** at **12:00 p.m.** at the United States Courthouse, Courtroom 3-C, 6500 Cherrywood Lane, Greenbelt, Maryland 20770; and it is further

ORDERED, that the Debtor shall serve by overnight delivery a copy of the Cash Collateral Motion and this Order on all secured creditors, all creditors holding tax claims, the holders of the twenty largest general unsecured claims, and any party in interest who may claim to have an interest in the Debtor's cash; and it is further

ORDERED, that by **November 4, 2024**, the Debtor shall file a certificate of service confirming service was made as set forth in the preceding paragraph.

cc:  Debtor
     Debtor's Counsel
     Office of the United States Trustee
     All creditors and parties in interest

**END OF ORDER**