**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)**

| | |
|---|---|
| **In re:**<br><br>**PREPAID WIRELESS GROUP, LLC.**<br><br>Debtors. | **Case No. 24-18852-MCR**<br>**(Chapter 11)** |

**UNITED STATES TRUSTEE'S OBJECTION
TO DEBTOR'S MOTION FOR ENTRY OF INTERIM AND FINAL
ORDERS (1) AUTHORIZING POSEPETITION USE OF CASH COLLATERAL,
(II) GRANTING ADEQUATE PROTECTION TO T-MOBILE USA, INC.
AND (III) SCHEDULING FINAL HEARING**

Gerard R. Vetter, Acting United States Trustee for Region 4 ("United States Trustee"), by counsel, objects to the Motion of the Debtor and Debtor-in-Possession for Entry of Interim and Final Orders (I) Authorizing Postpetition Use of Cash Collateral, (II) Granting Adequate Protection to T-Mobile, USA, Inc., and (III) Scheduling a Final Hearing ("Cash Collateral Motion"). In support of this objection, the United States Trustee states as follows:

1. Prepaid Wireless Group, LLC ("Debtor") filed this case on October 21, 2024. On October 24, 2024, the Debtor filed an emergency cash management motion, which the Court scheduled an emergency hearing on November 7, 2024, at 12:00 p.m. More than a week after the Petition Date, the Debtor filed the Cash Collateral Motion and a request to shorten the deadline to respond and for the hearing on the Cash Collateral Motion to be included in the hearing previously scheduled for November 7, 2024. Despite the fact, that the Debtor was requested to shorten the time to respond to the Cash Collateral Motion, the Debtor failed to comply with Local Rule 9013-6 (b), which states as follows:

> Notice. If a motion is filed to shorten the time to object to any motion or to expedite the hearing thereon, the movant must include the following language in the notice:

1

>THE MOVANT HAS ALSO FILED A MOTION TO SHORTEN THE TIME FOR RESPONSE AND/OR FOR AN EXPEDITED HEARING. IF THAT MOTION TO SHORTEN OR EXPEDITE IS GRANTED, THE TIME TO OBJECT AND/OR DATE FOR HEARING WILL BE CHANGED AS PROVIDED IN SUCH ORDER.

2. The language required by Local Rule 9013-6 is not included in the Request for Emergency Hearing or in the Cash Collateral Motion.

3. Not only did the Debtor not comply with Local Rule 9013-6, the Cash Collateral Motion also does not satisfy Local Rule 4001-5. According to Local Rule 4001-5, the Court may grant interim relief for "only what is necessary to avoid immediate and irreparable harm to the estate pending a final hearing." The United States Trustee objects to the Cash Collateral Motion because the Interim Budget, which was attached to the Cash Collateral Motion as Exhibit 1, does not provide sufficient explanation of the expenses set forth therein for this Court to make a finding that the payment thereof is necessary to avoid immediate and irreparable harm to the estate. For example, the Budget includes a line for "Network", but nowhere does the Debtor explain this expense. Similarly, the Budget provides for payment of "Additional Expenses" totaling more than $1.2 million, but the Debtor does not provide any information as to what constitutes an "additional expense."

4. The Debtor has not met its burden of proving that the expenses set forth in the Budget are necessary to avoid immediate and irreparable harm to the estate.

5. The Budget should be amended before the Court approves the Cash Collateral Motion.

WHEREFORE, the United States Trustee respectfully requests that the Cash Collateral Motion be denied without prejudice and for such other and further relief as is warranted.

Dated: November 6, 2024

Respectfully submitted,

**GERARD R. VETTER**
Acting United States Trustee for Region 4
By Counsel:


*/s/ Lynn A. Kohen*
Lynn A. Kohen, Bar No. 10025
6305 Ivy Lane, Suite 600
Greenbelt, MD  20770
Tel.: (301) 344-6219
Fax: (301) 344-8431
Email: lynn.a.kohen@usdoj.gov


**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 6, 2024, I caused to be served a true and correct copy of the foregoing United States Trustee's Objection to the Emergency Motion by ECF notification upon the following:

- **David W.T. Daniels**    ddaniels@perkinscoie.com
- **Harry Conrad Jones**    HJones@coleschotz.com, bankruptcy@coleschotz.com;pratkowiak@coleschotz.com
- **Lynn A. Kohen**    lynn.a.kohen@usdoj.gov
- **US Trustee - Greenbelt**    USTPRegion04.GB.ECF@USDOJ.GOV
- **Irving Edward Walker**    iwalker@coleschotz.com, jdonaghy@coleschotz.com;pratkowiak@coleschotz.com;bankruptcy@coleschotz.com


*/s/ Lynn A. Kohen*
Lynn A. Kohen