**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Greenbelt Division)**

| | |
|---|---|
| In re: | (Chapter 11) |
| Prepaid Wireless Group, LLC,[1] | Case No. 24-18852 (MCR) |
| Debtor. | |

## GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY AND DISCLAIMER REGARDING THE DEBTOR'S SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS

The above-captioned debtor and debtor-in-possession (the "Debtor") hereby files its respective Schedules of Assets and Liabilities (the "Schedules") and Statement of Financial Affairs (the "SOFA" and, with the Schedules, the "Schedules and Statement") in the United States Bankruptcy Court for the District of Maryland (the "Bankruptcy Court"). The Debtor, with the assistance of its advisors and professionals, prepared the Schedules and Statement in accordance with section 521 of title 11 of chapter 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

These Global Notes and Statement of Limitations, Methodology and Disclaimer Regarding the Debtor's Schedules and Statements (collectively, the "Global Notes") pertain to, are incorporated by reference in, and comprise an integral part of, all of the Schedules and Statement.

Unless otherwise noted, the Schedules and Statement have been prepared in accordance with the Debtor's accounting policies and procedures. While the Debtor's management and professionals have made every reasonable effort to ensure that the Schedules and Statement are accurate and complete based on the information that was available and reasonably accessible at the time of preparation, the subsequent receipt, discovery, or review of any additional information not used in creation of the Schedules and Statement may result in changes to the financial data and other information contained in such Schedules and Statement, and inadvertent errors or omissions may exist. The Debtor has filed an application seeking the retention of Dundon Advisers LLC ("Dundon") as its financial advisor. On November 20, 2024, the Court entered an Order approving the Debtor's application to employ Dundon [Doc. No. 48]. Dundon has begun the process of reviewing and reconciling the Debtor's financial records, including the Debtor's balance sheet. Additionally, the Schedules and Statement are unaudited, so there can be no assurance that the information contained therein is complete. Accordingly, the Debtor

---

[1] The Debtor in this Chapter 11 case and the last four digits of its federal tax identifications is Prepaid Wireless Group, LLC (5159). The Debtor's principal address is 6100 Executive Boulevard, Suite 202, Rockville, MD 20852.

reserves all rights to amend or supplement the Schedules and Statement in all respects, as may be necessary or appropriate.

**1. Reservation of Rights**. Nothing contained in the Schedules and Statement or these Global Notes shall constitute a waiver of any of the Debtor's rights or an admission with respect to its chapter 11 case including, but not limited to, any issues involving objections to claims, equitable subordination, defenses, characterization or re-characterization of contracts, assumption or rejection of contracts under the provisions of chapter 3 of the Bankruptcy Code and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code or any other relevant applicable laws to recover assets or avoid transfers.

**2. Description of the Case and "As of" Information Date**. On October 21, 2024 (the "Petition Date"), the Debtor filed a voluntary petition for relief with the Bankruptcy Court under chapter 11 of the Bankruptcy Code.

The Debtor has presented the income / loss, asset values and liabilities as of the Petition Date. Procedures were, and currently are, in place to clearly delineate pre-and post-petition liabilities.

**3. Basis of Presentation**. The Schedules and Statement do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles ("GAAP") nor are they intended to fully reconcile to the financial statements prepared by the Debtor.

**4. Insiders**. For purposes of the Schedules and Statement, the Debtor defines "insiders" pursuant to section 101(31) of the Bankruptcy Code as (a) directors, (b) officers, (c) relatives of directors or officers of the Debtor and (d) persons in control of the Debtor. Except as otherwise disclosed, payments to insiders listed in (a) through (d) above are set forth on Attachment 3c to the Debtor's SOFA.

Persons listed as "insiders" include those officers elected by the board. Board members and owners have been included for informational purposes only and such listing is not intended to be nor should be construed as a legal characterization of such party as an insider and does not act as an admission of any fact, claim, right or defense, and all such rights, claims, and defenses are hereby expressly reserved. Further, the Debtor does not take any position with respect to (a) such person's influence over the control of the Debtor, (b) the management responsibilities or functions of such individual, (c) the decision-making or corporate authority of such individual or (d) whether such individual could successfully argue that he or she is not an "insider" under applicable law, including, without limitation, the federal securities laws, or with respect to any theories of liability or for any other purpose.

**5. Excluded Assets and Liabilities**. Liabilities resulting from accruals and/or estimates of long-term liabilities do not represent specific claims as of the Petition Date and are not otherwise set forth in the Schedules and Statement. Additionally, certain deferred charges, accounts or reserves recorded for GAAP reporting purposes only and certain assets with a net book value of zero are not included in the Debtor's Schedules. Excluded categories of assets and liabilities include accrued expenses . Other immaterial assets and liabilities may also have been excluded.

**6.**  **Summary of Significant Reporting Policies**. The following is a summary of certain significant reporting policies:

     a.  **Current Market Value — Net Book Value**.  In many instances, current market valuations are neither maintained by nor readily available to the Debtor. It would be prohibitively expensive and unduly burdensome to obtain current market valuations of the Debtor's property interests that are not maintained or readily available. Accordingly, unless otherwise indicated, the Schedules and Statement reflect the net book values, rather than current market values, of the Debtor's assets as of the Petition Date and may not reflect the net realizable value. For this reason, amounts ultimately realized will vary, at times materially, from net book value.

     b.  **Setoffs**. To the extent the Debtor incurred any ordinary course setoffs from customers/vendors such ordinary course setoffs are excluded from the Debtor's Schedules and Statement.

     c.  **Credits and Adjustments**.  Claims of creditors are listed as the amounts entered on the Debtor's books and records and may not reflect credits, allowances or other adjustments due from such creditors to the Debtor.  The Debtor reserves all of its rights with regard to such credits, allowances and other adjustments, including the right to assert claims objections and/or setoffs with respect to same.

**7.**  **Undetermined Amounts**.  Where a description of an amount is left blank or listed as "unknown," "undetermined," or "to be determined," such response is not intended to reflect upon the materiality of such amount.

**8.**  **Estimates**. The Debtor was required to make certain estimates and assumptions that affect the reported amounts of assets and liabilities and reported revenue and expenses. The Debtor reserves all rights to amend the reported amounts of assets, liabilities, reported revenue and expenses to reflect changes in those estimates and assumptions.

**9.**  **Classifications**. Listing a claim (a) on Schedule D as "secured," (b) on Schedule E as "priority," (c) on Schedule F as "unsecured priority," or (d) listing a contract or lease on Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtor of the legal rights of any claimant, or a waiver of the Debtor's right to recharacterize or reclassify any claim or contract.

**10.** **Claims Description**. Any failure to designate a claim on a given Debtor's Schedules as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtor that such amount is not "disputed," "contingent" or "unliquidated."  The Debtor reserves all rights to dispute, or to assert any offsets or defenses to, any claim reflected on their respective Schedules on any grounds including, without limitation, amount, liability, validity, priority or classification, or to otherwise subsequently designate any claim as "disputed," "contingent" or "unliquidated." Listing a claim does not constitute an admission of liability by the Debtor, and the Debtor reserves the right to amend the Schedules accordingly.

## NOTES TO THE DEBTOR'S SCHEDULES

1. **Schedule A/B**. Despite its reasonable efforts to identify all known assets, the Debtor may not have listed all of its respective causes of action or potential causes of action against third parties as assets in their respective Schedules and Statement, including, but not limited to, avoidance actions arising under chapter 5 of the Bankruptcy Code and actions under other relevant non-bankruptcy laws to recover assets. The Debtor reserves all of its respective rights with respect to any claims, causes of action, or avoidance actions they may have, and neither these Global Notes nor the Schedules and Statement shall be deemed a waiver of any such claims, causes of actions, or avoidance actions or in any way prejudice or impair the assertion of such claims.

    a. Receivables as of the Petition Date are offset by an overpayment made to the Debtor prior to the Petition Date. As a result, the Schedules and Statements reflect receivables in the amount of $0.00 as of the Petition Date.

    b. The value of intangible assets held by the Debtor such as the aggregate platform containing over ~144 MVNOs ishas not been determined as of the Petition Date. However, the Debtor's most significant asset is its 100% equity interest in Prepaid Wireless Wholesale, LLC.

2. **Schedule D — Creditors Holding Secured Claims**. Except as otherwise agreed pursuant to a stipulation, agreed order or general order entered by the Bankruptcy Court that is or becomes final, the Debtor and/or its estate reserves its right to dispute or challenge the amount, validity, perfection, priority or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a creditor listed on Schedule D. Moreover, although the Debtor may have scheduled claims of various creditors as secured claims for informational purposes, no current valuation of the Debtor's assets in which such creditors may have a lien has been undertaken. Further, the Debtor included the results of searches performed in connection with the Uniform Commercial Code prior to the Petition Date, however, the listing of such results is not nor shall not be deemed an admission as to the validity of any such lien. The Debtor reserves all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument related to such creditor's claim. The descriptions provided in Schedule D are intended only to be a summary. The claims listed in Schedule D include the claim of T-Mobile USA, Inc., which is expressly disputed.

3. **Schedule E — Creditors Holding Unsecured Priority Claims**. To the extent the Debtor has listed the claims or potential claims of various taxing authorities, such listing of a claim on Schedule E does not constitute an admission by the Debtor that such claim is entitled to priority under Section 507 of the Bankruptcy Code. The Debtor reserves the right to dispute the priority status of any claim on any basis.

4. **Schedule F — Creditors Holding Unsecured Nonpriority Claims**. Certain creditors listed on Schedule F may owe amounts to the Debtor and, as such, may have valid setoff and recoupment rights with respect to such amounts. The amounts listed on Schedule F do not reflect any such right of setoff or recoupment and the Debtor reserves all rights to challenge any setoff

4

and/or recoupment rights that may be asserted. The Debtor reserves its right to dispute or challenge the validity, perfection or immunity from avoidance of any lien purported to be perfected by a creditor listed on Schedule F of any Debtor.

In addition, certain claims listed on Schedule F may be entitled to priority under 11 U.S.C. § 503(b)(9).

The Debtor has made its best efforts to include all creditors on Schedule F; however, the Debtor believes there may be instances where vendors have yet to provide proper invoices for prepetition goods or services. While the Debtor maintains general accruals to account for these liabilities in accordance with GAAP, these amounts are estimates and not tracked on a vendor by vendor basis, and as such have not been included on Schedule F.

**5. Schedule G — Executory Contracts and Unexpired Leases**. Although reasonable efforts have been made to ensure the accuracy of Schedule G regarding executory contracts and unexpired leases (collectively the "Agreements"), a review of such Agreements is ongoing and inadvertent errors, omissions or over-inclusion may have occurred. The Debtor may have entered into various Agreements in the ordinary course of its business, such as indemnity agreements, supplemental agreements, amendments/letter agreements, and confidentiality agreements which may not be set forth in Schedule G. Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease. Schedule G may be amended at any time to add any omitted Agreements. Likewise, the listing of an Agreement on Schedule G does not constitute an admission that such Agreement is an executory contract or unexpired lease or that such Agreement was in effect on the Petition Date or is valid or enforceable. The Agreements listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letter and other documents, instruments and agreements which may not be listed on Schedule G.

Any and all of the Debtor's rights, claims and causes of action with respect to the Agreements listed on Schedule G are hereby reserved and preserved, and as such, the Debtor hereby reserves all of its rights to (i) dispute the validity, status, or enforceability of any Agreements set forth on Schedule G, (ii) dispute or challenge the characterization of the structure of any transaction, or any document or instrument related to a creditor's claim, including, but not limited to, the Agreements listed on Schedule G and (iii) amend or supplement such Schedule as necessary.

## NOTES TO THE DEBTOR'S SOFA

**1. SOFA 1.** Revenue was presented for FY'22, FY'23 and YTD'24 through the Petition Date.

**2. SOFA 3 and 23**.

Payments to Insiders. On the Statement of Financial Affairs 3c and 23, the Debtor has

included distributions made over the twelve months preceding the filing to any individual deemed an Insider when the Debtor made such payments.

<u>Other Transfers</u>.  The Debtor makes transfers between its bank accounts and within its cash management system in the ordinary course of business.  These transfers are not included in this section.

**3.**  **<u>SOFA 4(a)</u>**.  The Debtor reserves all of its rights and defenses with respect to any and all listed lawsuits and administrative proceedings. The listing of any such suits and proceedings shall not constitute an admission by the Debtor of any liabilities or that the actions or proceedings were correctly filed against the Debtor or any affiliates of the Debtor. The Debtor also reserves its right to assert that neither the Debtor nor any affiliate of the Debtor is an appropriate party to such actions or proceedings.

**4.**  **<u>SOFA 19(d)</u>.**  The information listed in this section is based on the Debtor's best efforts at compiling a comprehensive list.  The Debtor may be unaware of certain financial information provided to banks, customers, suppliers, potential investors, rating agencies and various other interested parties in the ordinary course of business.

Neither the Debtor, its agents, nor its attorneys guarantee or warrant the accuracy, the completeness, or correctness of the data that is provided herein or in the Schedules and Statement, and neither is liable for any loss or injury arising out of or caused in whole or in part by the acts, errors or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communication or delivering the information.  While every effort has been made to provide accurate and complete information herein, inadvertent errors or omissions may exist.  The Debtor and its agents, attorneys and advisors expressly do not undertake any obligation to update, modify, revise or re-categorize the information provided herein, or to notify any third party should the information be updated, modified, revised or re-categorized.  In no event shall the Debtor or its agents, attorneys and advisors be liable to any third party for any direct, indirect, incidental, consequential or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtor or damages to business reputation, lost business or lost profits), whether foreseeable or not and however caused, even if the Debtor or its agents, attorneys and advisors are advised of the possibility of such damages.

**Fill in this information to identify the case:**

Debtor name  **Prepaid Wireless Group, LLC**

United States Bankruptcy Court for the:  DISTRICT OF MARYLAND

Case number (if known)  **24-18852**

☐ Check if this is an amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*..........................................................................................  $ _____0.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*......................................................................................  $ _____12,746,932.43

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*........................................................................................  $ _____12,746,932.43

| Part 2: | Summary of Liabilities |
| --- | --- |

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................  $ _____28,074,473.42

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................  $ _____735,345.74

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................................  +$ _____3,591,507.97

4.  **Total liabilities** ...........................................................................................................
    Lines 2 + 3a + 3b  $ _____32,401,327.13

Fill in this information to identify the case:

Debtor name   **Prepaid Wireless Group, LLC**

United States Bankruptcy Court for the:   DISTRICT OF MARYLAND

Case number (if known)   **24-18852**

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Sandy Springs Bank** | **Commercial Checking** | **4901** | $10,963,742.16 |
| 3.2. | **Sandy Springs Bank** | **Money Market Savings** | **4918** | $20,174.26 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $10,983,916.42 |
| --- |

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

10. **Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.
☐ Yes Fill in the information below.

Debtor    **Prepaid Wireless Group, LLC**                                 Case number *(If known)*  **24-18852**
_____
Name

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

☐ No.  Go to Part 5.
■ Yes Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| **14.** **Mutual funds or publicly traded stocks not included in Part 1** Name of fund or stock: | | |
| **15.** **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** Name of entity: | % of ownership | |
| 15.1.  **Prepaid Wireless Wholesale LLC** — **100** % | | **Unknown** |
| **16.** **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1** Describe: | | |
| **17.** **Total of Part 4.** Add lines 14 through 16.  Copy the total to line 83. | | **$0.00** |

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **Office furniture** | | | |
| **40.** **Office fixtures** | | | |
| **41.** **Office equipment, including all computer equipment and communication systems equipment and software** **Computers and Peripherals** | $0.00 | Recent cost | $333,832.32 |
| **Computer Software** | $0.00 | Recent cost | $1,429,183.69 |

Debtor   **Prepaid Wireless Group, LLC**                          Case number *(If known)*  **24-18852**
         <sub>Name</sub>

42.   **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
      books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
      collections; other collections, memorabilia, or collectibles

43.   **Total of Part 7.**                                                      | **$1,763,016.01** |
      Add lines 39 through 42.  Copy the total to line 86.

44.   **Is a depreciation schedule available for any of the property listed in Part 7?**
      ■ No
      ☐ Yes

45.   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

| Part 8: | **Machinery, equipment, and vehicles** |

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | **Real property** |

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.   **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.   **Internet domain names and websites** | | | |
| 62.   **Licenses, franchises, and royalties** | | | |
| 63.   **Customer lists, mailing lists, or other compilations** | | | |
| 64.   **Other intangibles, or intellectual property** **Aggregator platform - one of leading providers with ~144 MVNOs.** | **Unknown** | **N/A** | **Unknown** |
| 65.   **Goodwill** | | | |

66.   **Total of Part 10.**                                                     | **$0.00** |
      Add lines 60 through 65. Copy the total to line 89.

67.   **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
      ☐ No
      ■ Yes

68.   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

Debtor    **Prepaid Wireless Group, LLC**                    Case number *(if known)*  **24-18852**
Name

■ No
☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 11: | All other assets |
|---|---|

70.    **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  |  |  | **Current value of debtor's interest** |
|---|---|---|---|

71.    **Notes receivable**
Description (include name of obligor)

**Loan to Global Connections**    **2,097,404.76** – _____ **TBD** = **TBD**
                                    Total face amount    doubtful or uncollectible amount

**Loan to X Wireless**    **50,894,516.87** – _____ **TBD** = **TBD**
                            Total face amount    doubtful or uncollectible amount

72.    **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73.    **Interests in insurance policies or annuities**

**Keyes Coverage Insurance - Property Insurance**    **$0.00**

**Keyes Coverage Insurance - Liability Insurance**    **$0.00**

74.    **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.    **Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.    | **TBD** |

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Debtor **Prepaid Wireless Group, LLC**
Name

Case number *(if known)* **24-18852**

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $10,983,916.42 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,763,016.01 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.......................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + TBD | |
| 91. **Total.** Add lines 80 through 90 for each column | $12,746,932.43 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $12,746,932.43 |

**Fill in this information to identify the case:**

Debtor name    **Prepaid Wireless Group, LLC**

United States Bankruptcy Court for the:    DISTRICT OF MARYLAND

Case number (if known)    **24-18852**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A | Column B |
|---|---|---|
| | Amount of claim | Value of collateral that supports this claim |
| | Do not deduct the value of collateral. | |

| 2.1 | T Mobile, USA c/o US Bank | | $28,074,473.42 | Unknown |
|---|---|---|---|---|

Creditor's Name

**P.O. Box 94503**
**Seattle, WA 98124-6803**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**All Assets**

**Describe the lien**
**Blanket Lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $28,074,473.42

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Allison S. Glickman , Esq**<br>**T-Mobile USA Inc.**<br>**6220 Sprint Pkwy**<br>**Overland Park, KS 66211** | Line **2.1** | |

| Debtor | **Prepaid Wireless Group, LLC** | Case number (if known) | **24-18852** |
|---|---|---|---|
| | Name | | |

| | |
|---|---|
| **Danielle Rider, Esq.**<br>**T-Mobile USA Inc.**<br>**6220 Sprint Pkwy**<br>**Overland Park, KS 66211** | Line __**2.1**__ |
| **David W.T. Daniels**<br>**Perkins Coie LLP**<br>**700 13th Street, NW, Suite 600**<br>**Washington, DC 20005** | Line __**2.1**__ |
| **T Mobile, USA c/o US Bank**<br>**12920 SE 38th Street**<br>**Bellevue, WA 98006** | Line __**2.1**__ |

**Fill in this information to identify the case:**

Debtor name   **Prepaid Wireless Group, LLC**

United States Bankruptcy Court for the:   DISTRICT OF MARYLAND

Case number (if known)   **24-18852**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**CA Franchise Tax Board WH Svcs**<br>**P.O. Box 942867**<br>**Sacramento, CA 94267-0651** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $384,687.00 | $384,687.00 |
| Date or dates debt was incurred | Basis for the claim:<br>**Taxes** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>**Colorado Department of Revenue**<br>**Colorado Department of Revenue**<br>**Denver, CO 80261-0008** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $72,473.00 | $72,473.00 |
| Date or dates debt was incurred | Basis for the claim:<br>**Taxes** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

56675

| Debtor | **Prepaid Wireless Group, LLC** | | Case number (if known) | **24-18852** |
|---|---|---|---|---|
| | Name | | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $217,065.00 | $217,065.00 |
|---|---|---|---|---|

**Georgia Department of Revenue**
P.O. Box 105544
Atlanta, GA 30348-5544

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>8</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,278.00 | $4,278.00 |
|---|---|---|---|---|

**Iowa Department of Revenue**
P.O. Box 9187
Des Moines, IA 50306-9187

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>8</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,796.00 | $4,796.00 |
|---|---|---|---|---|

**New York Department of
Assessments 2**
P.O. Box 15310
Albany, NY 12212-5310

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Filing Fees**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>8</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $113.00 | $113.00 |
|---|---|---|---|---|

**New York Department of
Assessments 3**
P.O. Box 15179
Albany, NY 12212-5179

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Filing Fees**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>8</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Prepaid Wireless Group, LLC**
　　　Name

Case number (if known) **24-18852**

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $51,933.74 | $51,933.74 |

**Texas Comptroller of Public Accts**
**P.O. Box 149348**
**Austin, TX 78714-9348**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**Part 2:** **List All Creditors with NONPRIORITY Unsecured Claims**

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

| | | Amount of claim |

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,572.13 |

**3C Interactive (IMImobile US)**
**DEPT 3412 P.O. Box 123412**
**Dallas, TX 75312-3412**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,874,770.85 |

**Call Centers India Inc**
**701 Fifth Avenue Suite 4200**
**Seattle, WA 98104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $75,000.00 |

**Cirries Technologies Inc**
**300 N Coit Road Suite 700**
**Richardson, TX 75080**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $968.94 |

**CSC Global**
**P.O. Box 7410023**
**Chicago, IL 60674**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $24,890.10 |

**Inteserra JSI (FAStek)**
**151 Southhall Lane, Suite 450**
**Maitland, FL 32751**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Prepaid Wireless Group, LLC** | Case number (if known) | **24-18852** |
|--------|-------------------------------|------------------------|--------------|
|        | Name                          |                        |              |

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$480,425.40** |

**iPass (formally Syntegra)**
**1700 W. Irving Park Rd**
**Chicago, IL 60613**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$22.17** |

**Lingo Telecom, LLC dba Impact Telecom**
**9330 LBJ Freeway, Suite 944**
**Dallas, TX 75243**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Odin Mobile, LLC**
**6100 Executive Blvd 2nd Floor**
**Rockville, MD 20852**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Loan from Affiliate__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,072.80** |

**Phonecheck**
**12424 Wilshire Blvd Pl 12**
**Los Angeles, CA 90025**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Prepaid Wireless Wholesale, LLC**
**6100 Executive Blvd 2nd Floor**
**Rockville, MD 20852**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Intercompany Loan__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,500.00** |

**ShipTech**
**P.O. Box 8233**
**Carol Stream, IL 60197**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$564,276.80** |

**ShipTech (XW)**
**P.O. Box 8233**
**Carol Stream, IL 60197**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Prepaid Wireless Group, LLC** | Case number *(if known)* | **24-18852** |
|---|---|---|---|
| | Name | | |

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $493,408.78 |
|---|---|---|---|

**Speedmark Transportation**
**131 N Lively Blvd**
**Elk Grove Village, IL 60007**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __Trade__

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,600.00 |
|---|---|---|---|

**Syniverse Technologies LLC**
**12094 Collections Center Drive**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __Trade__

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

## Part 3:    List Others to Be Notified About Unsecured Claims

**4.** List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

---

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.** Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $   735,345.74 |
| **5b. Total claims from Part 2** | 5b. + | $   3,591,507.97 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $   4,326,853.71 |

**Fill in this information to identify the case:**

Debtor name **Prepaid Wireless Group, LLC**

United States Bankruptcy Court for the: DISTRICT OF MARYLAND

Case number (if known) **24-18852**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest  **Non-residential lease**  State the term remaining  **1 Year and 40 Days**  List the contract number of any government contract | **5020 Nicholson Court LLC c/o MILLER 120 Woodmont Ave, Suite 160 Bethesda, MD 20814** |
| 2.2.  State what the contract or lease is for and the nature of the debtor's interest  **Reseller Agreement**  State the term remaining  **71 Days + Automatic Renewal**  List the contract number of any government contract | **Prepaid Wireless Wholesale, LLC 6100 Executive Blvd 2nd Floor Rockville, MD 20852** |
| 2.3.  State what the contract or lease is for and the nature of the debtor's interest  **Wholesale Supply Agreement**  State the term remaining  **2 Years and 233 Days**  List the contract number of any government contract | **T Mobile, USA c/o US Bank PO Box 94503 Seattle, WA 98124-6803** |

**Fill in this information to identify the case:**

Debtor name **Prepaid Wireless Group, LLC**

United States Bankruptcy Court for the: DISTRICT OF MARYLAND

Case number (if known) **24-18852**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
| --- | --- | --- | --- |
| Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 **Paul Greene** <br><br> **Disputed Codebtor** | **11565 Old Georgetown Road Rockville, MD 20852** | **T Mobile, USA c/o US Bank** | ☑ D __2.1__ <br> ☐ E/F _____ <br> ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    **Prepaid Wireless Group, LLC**

United States Bankruptcy Court for the:    DISTRICT OF MARYLAND

Case number (if known)    **24-18852**

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November 21, 2024**        X **/s/ Paul Greene**
                                                                    Signature of individual signing on behalf of debtor

**Paul Greene**
Printed name

**Chief Executive Officer**
Position or relationship to debtor

Official Form 202        Declaration Under Penalty of Perjury for Non-Individual Debtors