| Fill in this information to identify your case: | |
|---|---|
| Debtor | **Prepaid Wireless Group, LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF MARYLAND |
| Case number (if known) | **24-18852** |

Official Form 426

## Periodic Report Regarding Value, Operations, and Profitability of Entities in Which the Debtor's Estate Holds a Substantial or Controlling Interest

**12/17**

This is the *Periodic Report* as of November 21, 2024 on the value, operations, and profitability of those entities in which a Debtor holds, or two or more Debtors collectively hold, a substantial or controlling interest (a "Controlled Non-Debtor Entity"), as required by Bankruptcy Rule 2015.3. For purposes of this form, "Debtor" shall include the estate of such Debtor.

Prepaid Wireless Group, LLC holds a substantial or controlling interest in the following entities:

| Name of Controlled Non-Debtor Entity | Interest of the Debtor | Tab # |
|---|---|---|
| **Prepaid Wireless Wholesale, LLC** | **100%** | |
| | | |
| | | |

This *Periodic Report* contains separate reports (*Entity Reports*) on the value, operations, and profitability of each Controlled Non-Debtor Entity.

Each *Entity Report* consists of five exhibits.

*Exhibit A* contains the most recently available: balance sheet, statement of income (*loss*), statement of cash flows, and a statement of changes in shareholders' or partners' equity (*deficit*) for the period covered by the *Entity Report*, along with summarized footnotes.

*Exhibit B* describes the Controlled Non-Debtor Entity's business operations.

*Exhibit C* describes claims between the Controlled Non-Debtor Entity and any other Controlled Non-Debtor Entity.

*Exhibit D* describes how federal, state or local taxes, and any tax attributes, refunds, or other benefits, have been allocated between or among the Controlled Non-Debtor Entity and any Debtor or any other Controlled Non-Debtor Entity and includes a copy of each tax sharing or tax allocation agreement to which the Controlled Non-Debtor Entity is a party with any other Controlled Non-Debtor Entity.

*Exhibit E* describes any payment, by the Controlled Non-Debtor Entity, of any claims, administrative expenses or professional fees that have been or could be asserted against any Debtor, or the incurrence of any obligation to make such payments, together with the reason for the entity's payment thereof or incurrence of any obligation with respect thereto.

**This Periodic Report must be signed by a representative of the trustee or debtor in possession.**

Debtor Name: **Prepaid Wireless Group, LLC**  Case number **24-18852**

**The undersigned, having reviewed the Entity Reports for each Controlled Non-Debtor Entity, and being familiar with the Debtor's financial affairs, verifies under the penalty of perjury that to the best of his or her knowledge, (i) this Periodic Report and the attached Entity Reports are complete, accurate, and truthful to the best of his or her knowledge, and (ii) the Debtor did not cause the creation of any entity with actual deliberate intent to evade the requirements of Bankruptcy Rule 2015.3**

| | | |
|---|---|---|
| **For non-individual Debtors:** | X **/s/ Paul Greene** <br> Signature of Paul Greene <br><br> **Paul Greene** <br> Printed name of Paul Greene <br><br> Date **November 21, 2024** <br> 11/ 21/ 2024 | |
| **For individual Debtors:** | X _____ <br> Signature of Debtor 1 <br><br> _____ <br> Printed name of Debtor 1 <br><br> Date _____ <br> MM/ DD / YYYY | X _____ <br> Signature of Debtor 2 <br><br> X _____ <br> Printed name of Debtor 2 <br><br> Date _____ <br> MM/ DD / YYYY |

Debtor Name: **Prepaid Wireless Group, LLC**   Case number **24-18852**

**Exhibit A: Financial Statements for Prepaid Wireless Wholesale, LLC**

The financial statements contained herein include the results of those entities in which the Debtor currently holds a direct or indirect substantial and controlling interest as defined by Bankruptcy Rule 2015.3(c). The financial statements are unaudited, limited in scope, have not been reviewed by an independent audit firm and do not fully comply with generally accepted accounting principles in the United States of America ("U.S. GAAP"). The financial statements have been derived from the books and records of the Debtor and the Controlled Non-Debtor Entitiy.  If U.S. GAAP procedures had been incorporated, the Debtor believes that the financial information could be subject to changes and these changes could be material.

Although the Debtor's management made reasonable efforts to ensure that the financial information is accurate and complete based on information that was available to them at the time of preparation, subsequent information or discovery may result in material changes to the information. Notwithstanding any such discovery, new information, or errors or omissions, the Debtor does not undertake any obligation or commitment to update this Periodic Report. Nothing contained in this Periodic Report shall constitute a waiver of any rights of the Debtor, including the right to amend the information contained herein.

The financial information disclosed herein was not prepared in accordance with federal or state securities laws or other applicable non-bankruptcy law or in lieu of complying with any periodic reporting requirements thereunder. Persons and entities trading in or otherwise purchasing, selling, or transferring the claims against or equity interests in the Debtor should evaluate this financial information in light of the purposes for which it was prepared. The Debtor is not liable for and undertakes no responsibility to indicate variations from securities laws or for any evaluations of the Debtor based on this financial information or any other information.

# Unaudited Balance Sheet: (i) Ending Fiscal Year 2023; and; (ii) Ending Latest 3-Month Period of Fiscal Year 2024

**Prepaid Wireless Wholesale, LLC**
**Unaudited Balance Sheet**

| USD Actuals | Sep 30, 24 | Dec 31, 23 |
|---|---|---|
| **ASSETS** | | |
| **Current Assets** | | |
| Sandy Spring PW Wholesale | $10,248,487 | $5,780,587 |
| Accounts Receivable | 105,978,217 | 79,980,907 |
| Other Current Assets | (22,598,964) | (6,245,136) |
| **Total Current Assets** | $93,627,740 | $79,516,358 |
| **Other Assets** | | |
| Deposits On Account | 59,275 | 8,975 |
| Security Deposits Asset | 15,000 | 15,000 |
| **TOTAL ASSETS** | **$93,702,015** | **$79,540,333** |
| **LIABILITIES & EQUITY** | | |
| **Current Liabilities** | | |
| Accounts Payable | 754,743 | 545,721 |
| Denver Head Tax Local-EE | 90 | 90 |
| Loan from PW Group | (280,302,864) | (239,729,001) |
| Payroll Liabilities | 29,836 | 28,433 |
| **Total Current Liabilities** | ($279,518,195) | ($239,154,758) |
| **Total Liabilities** | **($279,518,195)** | **($239,154,758)** |
| **Equity** | | |
| Members Equity | 221,208,310 | 221,642,846 |
| Retained Earnings | 152,011,900 | 97,052,245 |
| **Total Equity** | $373,220,210 | $318,695,091 |
| **TOTAL LIABILITIES & EQUITY** | **$93,702,015** | **$79,540,333** |

Exhibit A-2: Statement of Income (*Loss*) for Prepaid Wireless Wholesale, LLC for periods ending December 31, 2023 & September 30, 2024

# Unaudited Statement of Income (Loss): (i) 1-Year Period ending Fiscal Year 2023; and; (ii) Latest 3-Month Period of Fiscal Year 2024

**Prepaid Wireless Wholesale, LLC**
**Unaudited Income Statement**

| USD Actuals | Jan - Sep 24 | Jan - Dec 23 |
| --- | ---: | ---: |
| **Income** | | |
| Equipment Sales | $7,936,794 | $12,557,040 |
| Service Sales | 528,680 | 501,541 |
| Wholesale Service | 326,483,810 | 421,016,466 |
| **Total Income** | $334,949,284 | $434,075,047 |
| **Cost of Goods Sold** | | |
| Equipment | 3,644,329 | 8,227,877 |
| Service Cost | 1,298 | 10 |
| Total T-Mobile Airtime Charges | 268,073,678 | 315,603,599 |
| Equipment Testing & Preparation | 7,510 | 2,579 |
| Packaging and Freight | 578,955 | 746,134 |
| **Total COGS** | $272,305,769 | $324,580,200 |
| **Gross Profit** | **$62,643,515** | **$109,494,848** |
| **SG&A** | | |
| Computer and Internet Expenses | 508,583 | 313,822 |
| Insurance Expense | 695,922 | 479,919 |
| Payroll Expenses | 567,502 | 773,510 |
| Professional Fees | 619,545 | 887,885 |
| Rent Expense | 362,823 | 437,795 |
| Salaries | 4,020,142 | 8,570,939 |
| Telephone Expense | 8,257 | 14,821 |
| Travel Expense | 403,508 | 349,660 |
| Utilities | 50,761 | 50,785 |
| Other Expense | 336,354 | 353,286 |
| **Total Expense** | $7,573,396 | $12,232,422 |
| **Net Ordinary Income** | $55,070,119 | $97,262,426 |
| **Net Income** | **$55,070,119** | **$97,262,426** |

**Exhibit A-3: Statement of Cash Flows for Prepaid Wireless Wholesale, LLC for periods ending** December 31, 2023 & September 30, 2024

# Unaudited Statement of Cash Flows: (i) 1-Year Period ending Fiscal Year 2023; and; (ii) Latest 3-Month Period of Fiscal Year 2024

**Prepaid Wireless Wholesale, LLC**
**Unaudited Statement of Cash Flows**

| USD Actuals | Jan - Sep 24 | Jan - Dec 23 |
|---|---:|---:|
| **OPERATING ACTIVITIES** | | |
| Net Income | $55,070,119 | $97,262,426 |
| **Other Adjustments** | | |
| Accounts Receivable | (25,997,310) | (60,720,772) |
| A/R -other | -- | 35,739,340 |
| Accrued Revenue | 16,369,819 | (15,637,565) |
| Employee 401k Loan Repayment | -- | 59 |
| Inventory Asset | (15,991) | (505,441) |
| Loan to Global Connections Inc | -- | (1,100) |
| Accounts Payable | 209,022 | 644,743 |
| Denver Head Tax Local-EE | -- | 90 |
| Payroll Liabilities | 1,403 | 28,433 |
| **Net cash provided by Operating Activities** | **$45,637,062** | **$56,810,212** |
| **INVESTING ACTIVITIES** | | |
| Deposits On Account | (50,300) | (8,975) |
| Security Deposits Asset | -- | (15,000) |
| Loan from PW Group | (40,573,863) | (42,295,876) |
| **Net cash provided by Investing Activities** | **($40,624,163)** | **($42,319,851)** |
| **FINANCING ACTIVITIES** | | |
| Security Deposits | -- | (250,000) |
| Transfer to Shareholder Capital Accounts | (434,536) | (10,721,474) |
| Distributions | (110,463) | 302,365 |
| **Net cash provided by Financing Activities** | **($544,999)** | **($10,669,110)** |
| Net cash increase for period | 4,467,900 | 3,821,251 |
| Cash at beginning of period | 5,780,587 | 1,959,335 |
| **Cash at end of period** | **$10,248,487** | **$5,780,587** |

| Debtor Name: **Prepaid Wireless Group, LLC** | Case number **24-18852** |
|---|---|

| Exhibit A-4: Statement of Changes in Shareholders'/Partners' Equity (*Deficit*) for Prepaid Wireless Wholesale, LLC for periods ending December 31, 2023 & September 30, 2024 |
|---|

# Unaudited Statement of Changes in Equity: (i) 1-Year Period ending Fiscal Year 2023; and; (ii) Latest 3-Month Period of Fiscal Year 2024

**Prepaid Wireless Wholesale, LLC**

**Unaudited Statement of Changes in Equity**

| USD Actuals | Jan - Sep 24 | Jan - Dec 23 |
|---|---:|---:|
| **Total Beginning Equity** | $318,695,091 | $229,849,149 |
| Change in Shareholder Capital Accounts | 96,827,890 | (10,721,474) |
| Change in Net Income | (42,192,307) | 99,265,052 |
| Change in Distributions | (110,463) | 302,365 |
| **Total Ending Equity** | **$373,220,210** | **$318,695,091** |

Debtor Name: **Prepaid Wireless Group, LLC**                                                                 Case number **24-18852**

**Exhibit B: Description of Operations for Prepaid Wireless Wholesale, LLC**

Prepaid Wireless Wholesale, LLC ("PWW") purchases wholesale voice, text and data services ("airtime") from Prepaid Wireless Group, LLC ("PWG"). T-Mobile supplies the airtime to PWG which is interconnected to T-Mobile via network assets and contracts within PWG. PWW resells airtime to other companies ("MVNOs") who resell services to end users. PWW also sells SIM cards to its MVNOs to connect end user devices ultimately to T-Mobile's network. Most of the PWW MVNOs participate in the Lifeline and other government programs providing subsidized airtime to low income end users.

The flow of funds is as follows: (i)The MVNOs pay PWW for the airtime; (ii) PWW pays PWG for the airtime; and (iii) PWG pays T-Mobile for the airtime.

PWW has a staff that manages the network assets and vendors of PWG, the PWG operational relationship with T-Mobile, and supports the MVNOs operationally.

Debtor Name: **Prepaid Wireless Group, LLC**  Case number **24-18852**

**Exhibit C: Description of Intercompany Claims**

Not applicable.

Debtor Name: **Prepaid Wireless Group, LLC**   Case number **24-18852**

**Exhibit D: Allocation of Tax Liabilities and Assets**

Taxes relating to the Controlled Non-Debtor Entity are filed on a consolidated basis with the Debtor.

Debtor Name: **Prepaid Wireless Group, LLC**                                              Case number **24-18852**

**Exhibit E: Description of Controlled Non-Debtor Entity's payments of Administrative Expenses, or Professional Fees otherwise payable by a Debtor**

Prepaid Wireless Wholesale, LLC has paid $42,800 in pre-petition professional fees to Cole Schotz PC on behalf of the Debtor.