United States Bankruptcy Court
District of Maryland

In re:  Case No. 24-18852-MCR
Prepaid Wireless Group LLC  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0416-0      User: admin      Page 1 of 3
Date Rcvd: Nov 27, 2024      Form ID: ntchrgbk      Total Noticed: 42

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 29, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Prepaid Wireless Group LLC, 6100 Executive Blvd Suite 202, Rockville, MD 20852-3965 |
| aty | + | Cole Schotz P.C., 1201 Wills Street, Suite 320, Baltimore, MD 21231-3806 |
| aty | + | David J. Gold, 110 North Wacker Drive, Suite 3400, Chicago, IL 60606-1513 |
| fa | + | Dundon Advisers LLC, c/o Cole Schotz PC, 1201 Wills Street, Suite 320, Baltimore, MD 21231-3806 |
| 32680364 | | 3C Interactive (IMImobile US), DEPT 3412 P.O. Box 123412, Dallas, TX 75312-3412 |
| 32680365 | + | Allison S. Glickman, Esq, T-Mobile USA Inc., 6220 Sprint Pkwy, Overland Park, KS 66211-6118 |
| 32680366 | + | Anthony G. Brown, Maryland Attorney General, 200 St. Paul Place, Baltimore, MD 21202-5994 |
| 32680367 | | CA Franchise Tax Board WH Svcs, P.O. Box 942867, Sacramento, CA 94267-0651 |
| 32680371 | + | CSC Global, P.O. Box 7410023, Chicago, IL 60674-5024 |
| 32680369 | + | Cirries Technologies Inc, 300 N Coit Road Suite 700, Richardson, TX 75080-5449 |
| 32693459 | + | Colorado Department of Revenue, Bankruptcy Unit, Rm 104, 1881 Pierce St, Lakewood, CO 80214-1407 |
| 32680370 | | Colorado Department of Revenue, Colorado Department of Revenue, Denver, CO 80261-0008 |
| 32680372 | + | Danielle Rider, Esq., T-Mobile USA Inc., 6220 Sprint Pkwy, Overland Park, KS 66211-6118 |
| 32692913 | + | David W.T. Daniels, 700 13th St NW #600, Washington, DC 20005-5998 |
| 32680373 | + | Erek L. Barron, United States Attorney's Office, District of MD, 36 S. Charles Street 4th Fl., Baltimore, MD 21201-3020 |
| 32680374 | + | Federal Communications Commission, 45 L Street NE, Washington, DC 20554-0001 |
| 32680378 | ++ | IOWA DEPARTMENT OF REVENUE, ATTN BANKRUPTCY UNIT, PO BOX 10471, DES MOINES IA 50306-0471 address filed with court:, Iowa Department of Revenue, P.O. Box 9187, Des Moines, IA 50306-9187 |
| 32680377 | + | Inteserra JSI (FAStek), 151 Southhall Lane, Suite 450, Maitland, FL 32751-7101 |
| 32680363 | + | Irving Walker, Cole Schotz P.C., 1201 Wills Street, Suite 320, Baltimore, MD 21231-3806 |
| 32680380 | + | Lingo Telecom, LLC dba Impact Telecom, 9330 LBJ Freeway, Suite 944, Dallas, TX 75243-3436 |
| 32680381 | | New York Department of Assessments 2, P.O. Box 15310, Albany, NY 12212-5310 |
| 32680382 | | New York Department of Assessments 3, P.O. Box 15179, Albany, NY 12212-5179 |
| 32680383 | + | Phonecheck, 12424 Wilshire Blvd Pl 12, Los Angeles, CA 90025-1052 |
| 32680368 | ++ | SANDY MEHRA, 555 WEST 59TH STREET, TH3C, NEW YORK NY 10019-1086 address filed with court:, Call Centers India Inc, 701 Fifth Avenue Suite 4200, Seattle, WA 98104 |
| 32680432 | + | Secretary of the Treasury, 15th and Pennsylvania Ave., N.W., Washington, DC 20220-0001 |
| 32680384 | + | ShipTech, P.O. Box 8233, Carol Stream, IL 60197-8233 |
| 32680385 | + | ShipTech (XW), P.O. Box 8233, Carol Stream, IL 60197-8233 |
| 32680386 | + | Speedmark Transportation, 131 N Lively Blvd, Elk Grove Village, IL 60007-1324 |
| 32680387 | + | Syniverse Technologies LLC, 12094 Collections Center Drive, Chicago, IL 60693-0001 |
| 32680389 | + | T Mobile, USA c/o US Bank, 12920 SE 38th Street, Bellevue, WA 98006-1350 |
| 32680388 | | T Mobile, USA c/o US Bank, P.O. Box 94503, Seattle, WA 98124-6803 |

TOTAL: 31

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/PDF: ais.tmobile.ebn@aisinfo.com | Nov 27 2024 19:26:04 | T-Mobile USA, Inc., 12920 SE 38th Street, Bellevue, WA 98006 |
| 32680428 | Email/Text: Bankruptcymail@marylandtaxes.gov | Nov 27 2024 19:19:00 | Office of the Comptroller of Maryland, Bankruptcy Unit, 7 St. Paul Street, Suite 230, Baltimore, MD 21202 |

| District/off: 0416-0 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 27, 2024 | Form ID: ntchrgbk | Total Noticed: 42 |

| | | | | |
|---|---|---|---|---|
| 32704865 | + | Email/Text: CSCBNC@cscglobal.com | Nov 27 2024 19:19:00 | Corporation Service Company, 251 Little Falls Drive, Wilmington, DE 19808-1674 |
| 32680375 | | Email/Text: brnotices@dor.ga.gov | Nov 27 2024 19:19:00 | Georgia Department of Revenue, P.O. Box 105544, Atlanta, GA 30348-5544 |
| 32680429 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 27 2024 19:19:00 | Internal Revenue Service, Centralized Insolvency Section, PO Box 21126 (DP-N-781), Philadelphia, PA 19114 |
| 32680368 | | Email/Text: sandy.mehra@telgoo5.com | Nov 27 2024 19:19:00 | Call Centers India Inc, 701 Fifth Avenue Suite 4200, Seattle, WA 98104 |
| 32680427 | + | Email/Text: UIBankruptcyNotices.DLLR@maryland.gov | Nov 27 2024 19:20:00 | State of Maryland DLLR, Division of Unemployment Insurance, 1100 N. Eutaw Street, Room 401, Baltimore, MD 21201-2226 |
| 32680390 | | Email/Text: pacer@cpa.state.tx.us | Nov 27 2024 19:20:00 | Texas Comptroller of Public Accts, P.O. Box 149348, Austin, TX 78714-9348 |
| 32680426 | ^ | MEBN | Nov 27 2024 19:18:01 | Taxing Authority of Montgomery County, Division of Treasury, 255 Rockville Pike, Ste. L-15, Rockville, MD 20850-4188 |
| 32680430 | | Email/Text: atlreorg@sec.gov | Nov 27 2024 19:19:00 | Branch of Reorganization, Sec. & Exch. Commission, 3475 Lenox Road NE (Suite 1000), Atlanta, GA 30327-1232 |
| 32680431 | | Email/Text: usamd.bankruptcy@usdoj.gov | Nov 27 2024 19:19:00 | U.S. Attorney-District of MD, 4th floor, 36 S. Charles St., Baltimore, MD 21201 |
| 32708987 | + | Email/Text: BankruptcyMail@usac.org | Nov 27 2024 19:20:00 | Universal Service Adminstrative Company, 700 12th NW Street, Suite 900, Washington, DC 20005-3948 |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| tr | | For Internal Use Only |
| 32680379 | | iPass (formally Syntegra), INVALID ADDRESS PROVIDED |
| 32680376 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, P.O. Box 802501, Cincinnati, OH 45280-2562 |
| 32680362 | * | Prepaid Wireless Group LLC, 6100 Executive Blvd Suite 202, Rockville, MD 20852-3965 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 29, 2024            Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

| District/off: 0416-0 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Nov 27, 2024 | Form ID: ntchrgbk | Total Noticed: 42 |

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 27, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David W.T. Daniels | ddaniels@perkinscoie.com docketnyc@perkinscoie.com,nvargas@perkinscoie.com |
| Harry Conrad Jones | HJones@coleschotz.com bankruptcy@coleschotz.com,pratkowiak@coleschotz.com |
| Irving Edward Walker | iwalker@coleschotz.com pratkowiak@coleschotz.com,bankruptcy@coleschotz.com |
| Lynn A. Kohen | lynn.a.kohen@usdoj.gov |
| US Trustee - Greenbelt | USTPRegion04.GB.ECF@USDOJ.GOV |

TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Greenbelt

In re:   Case No.: **24−18852 − MCR**   Chapter: **11**

**Prepaid Wireless Group LLC**
Debtor

## NOTICE OF VIRTUAL HEARING − Hearing changed from in−person to virtual

Virtual hearing − For hearing access information see www.mdb.uscourts.gov/hearings or call 410−962−2688.

PLEASE TAKE NOTICE that a hearing will be held on 12/2/24 at 10:30 AM
to consider and act upon the following:

18 − Motion to Use Cash Collateral (Motion of the Debtor and Debtor−in−Possession for Entry of Interim and Final Orders (I) Authorizing Postpetition Use of Cash Collateral, (II) Granting Adequate Protection to T−Mobile USA, Inc., and (III) Scheduling a Final Hearing). Filed by Prepaid Wireless Group LLC. (Attachments: # 1 Exhibit A − Proposed Interim Order # 2 Exhibit B − Initial Budget) (Walker, Irving)

26 − Objection on behalf of US Trustee − Greenbelt Filed by Lynn A. Kohen (related document(s)18 Motion to Use Cash Collateral filed by Debtor Prepaid Wireless Group LLC). (Kohen, Lynn)

30 − Restricted Document for Motion to Seal Filed by David W.T. Daniels T−Mobile's Response to the Motion of the Debtor and Debtor−in−Possession for Entry of Interim and Final Orders (I) Authorizing Postpetition Use of Cash Collateral, (II) Granting Adequate Protection to T−Mobile USA, Inc., (III) Scheduling a Final Hearing, and (IV) Granting Related Relief (related document(s)29 Motion to Seal filed by Creditor T−Mobile USA, Inc.). (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C) (Daniels, David) Modified on 11/7/2024 (Kaniowski, Amanda). Related document(s) 18 Motion to Use Cash Collateral (Motion of the Debtor and Debtor−in−Possession for Entry of Interim and Final Orders (I) Authorizing Postpetition Use of Cash Collateral, (II) Granting Adequate Protection to T−Mobile USA, Inc., and (III) Scheduling a filed by Debtor Prepaid Wireless Group LLC. Modified on 11/7/2024: Modified docket text and added link (Kaniowski, Amanda).

32 − Response on behalf of T−Mobile USA, Inc. Filed by David W.T. Daniels (related document(s)18 Motion to Use Cash Collateral filed by Debtor Prepaid Wireless Group LLC). (Daniels, David)

**NOTICE TO MOVING PARTY**

**A service list or certificate of service regarding parties noticed by the court may be obtained through CM/ECF or PACER. If you believe that a party entitled to notice is not listed, please provide notice to that party forthwith and file an appropriate certification with the Clerk's office.**

Dated: 11/27/24

Mark A. Neal, Clerk of Court
by Courtroom Deputy Clerk, Jennifer Whitfield
Hearings_mcr@mdb.uscourts.gov

Form ntchrgmdb (rev. 08/13/2024)