Entered: December 5th, 2024
Signed: December 5th, 2024

**SO ORDERED**

For the reasons stated in Section V of the Motion, cause exists to grant the requested extension.



**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
### (Greenbelt Division)

| | |
|---|---|
| In re: | (Chapter 11) |
| Prepaid Wireless Group LLC,[1] | Case No. 24-18852 (MCR) |
| Debtor. | |

**ORDER EXTENDING DEBTOR'S TIME TO RESPOND TO T-MOBILE USA, INC.'S MOTION FOR ENTRY OF AN ORDER AUTHORIZING REQUESTS FOR PRODUCTION, THE ISSUANCE OF SUBPOENAS FOR THE PRODUCTION OF DOCUMENTS AND THE PROVISION OF TESTIMONY PURSUANT TO RULE 2004 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

Upon consideration of the motion (the "Motion")[2] of the Debtor for the entry of an Order extending the Debtor's response deadline to the Rule 2004 Motion to January 2, 2024, pursuant to Sections 105(a) of the Bankruptcy Code, Bankruptcy Rule 9006(b), and Local Rule 9006-2; and upon consideration of all pleadings related thereto; and it appearing that the Court has jurisdiction to consider the Motion in accordance with 28 U.S.C. §§ 157 and 1334; and it appearing that this

---

[1] The Debtor in this Chapter 11 case and the last four digits of its federal tax identification are: Prepaid Wireless Group, LLC (5159).  The Debtor's principal address is 1800-1 Rockville Pike, Rockville, MD 20852.

[2] All capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

68661/0001-48956496v5

is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that venue of this proceeding and this Motion is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Debtor having provided appropriate notice of the Motion and the opportunity for a hearing on the Motion under the circumstances, and no further notice needing be provided; and the Court having reviewed the Motion and having found and determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and this Court having determined that the relief sought in the Motion is in the best interest of the Debtor's estate, its creditors, and other parties in interest; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Motion is granted.

2. The Debtor's time to respond to the Rule 2004 Motion is hereby extended to January 2, 2025.

68661/0001-48956496v5

cc: Irving E. Walker, Esquire
Gary H. Leibowitz, Esquire
H.C. Jones III, Esquire
Cole Schotz P.C.
1201 Wills Street, Suite 320
Baltimore, MD 21231

Lynn Kohen, Esquire
Office of the United States Trustee
6305 Ivy Lane, Suite 600
Greenbelt, MD 20770

David Gold, Esquire
Perkins Coie
110 North Wacker Drive, Suite 3400
Chicago, IL 60606-1511

David W.T. Daniels, Esquire
Perkins Coie
700 13th Street, NW, Suite 800
Washington, D.C. 20005-3960

**END OF ORDER**

68661/0001-48956496v5