## Exhibit B

**"Your Name, Our Wireless" Press Release**



Log in

NEWSROOM

NETWORK

PRESS RELEASE

# T-Mobile Launches 'Your Name, Our Wireless'

July 18, 2024

New solution empowers non-traditional MVNO brands to pioneer their own wireless service, unlock new revenue streams and boost customer engagement



3 min read     Listen

---

**BELLEVUE, Wash. — July 18, 2024** — Today, T-Mobile (NASDAQ: TMUS) unveiled *Your Name, Our Wireless*, a groundbreaking solution that makes it even easier for traditional and non-

traditional Mobile Virtual Network Operators (MVNO) to launch and operate their own custom wireless service on America's largest and most awarded 5G network. *Your Name, Our Wireless* is an end-to-end managed and operated solution, which simplifies backend set-up and day-to-day operations, allowing companies to focus on enhancing customer engagement and driving new revenue opportunities.

*Your Name, Our Wireless* was designed specifically for emerging MVNOs and leading consumer brands across diverse segments including retail, membership services, consumer electronics, financial services, as well as lifestyle and entertainment. These businesses already have a strong connection with their customers and fans. They are attuned to their preferences and are uniquely positioned to offer the exclusive services and content their customers want.

With this new solution, T-Mobile brings the network expertise, customer obsession, and innovative spirit needed to support these popular brands in the launch and operation of a new wireless service. These companies can also leverage their existing loyalty programs and member benefits to further reward their customers. For instance, T-Mobile is currently collaborating with 11-time Grammy nominee and music industry titan, RoccStar, to launch Roccstar Wireless. This groundbreaking venture is aiming to disrupt the wireless industry by providing exclusive content, privileged access, and incredible giveaways for fans. *Your Name, Our Wireless* is the ultimate choice to bring Roccstar Wireless' celebrity-endorsed vision to reality.

"We recognized the journey to become an MVNO can be complex. Companies must navigate signing agreements with multiple suppliers, resulting in a prolonged time-to-market," said Daniel Thygesen, Senior Vice President of T-Mobile Wholesale. "Our Un-carrier belief is that success hinges on the ability to make customers happy. *Your Name, Our Wireless* is set to transform the mobile network ecosystem, enabling any company to simplify and fast-track their own custom wireless services."

*Your Name, Our Wireless is...*

- **Comprehensive**: Provides resources needed to launch and operate a branded wireless service, from backend setup to customer support, including a website and mobile app, SIM fulfillment, billing, payment and customer care.
- **Scalable:** Delivers trusted, highly secure services designed to scale so companies can confidently diversify their operations.

- **Flexible:** Offers versatility with the ability to be tailored to meet unique business needs.
- **Fast and Reliable:** Powered by the most awarded 5G network in America.

T-Mobile has been providing wireless services to MVNOs for more than 20 years and is committed to utilizing its expertise to deliver transformative solutions. As a market leader in the MVNO space, T-Mobile powers more than 200 MVNO brands and continues to expand their portfolio in a rapidly evolving and competitive marketplace.

To learn more about *Your Name, Our Wireless*, visit: wholesale.t-mobile.com/ynow or check out LinkedIn and X

See 5G device, coverage, & access details at T-Mobile.com

### About T-Mobile

T-Mobile US, Inc. (NASDAQ: TMUS) is America's supercharged Un-carrier, delivering an advanced 4G LTE and transformative nationwide 5G network that will offer reliable connectivity for all. T-Mobile's customers benefit from its unmatched combination of value and quality, unwavering obsession with offering them the best possible service experience and undisputable drive for disruption that creates competition and innovation in wireless and beyond. Based in Bellevue, Wash., T-Mobile provides services through its subsidiaries and operates its flagship brands, T-Mobile, Metro by T-Mobile and Sprint. For more information please visit: https://www.t-mobile.com

Media Relations Contact
T-Mobile US, Inc. Media Relations
MediaRelations@t-mobile.com

Investor Relations Contact
T-Mobile US, Inc.
Investor.Relations@t-mobile.com
https://investor.t-mobile.com