Entered: January 15th, 2025
Signed: January 14th, 2025

**SO ORDERED**



MARIA ELLENA CHAVEZ-RUARK
U.S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

| | |
|---|---|
| In re:<br><br>PREPAID WIRELESS GROUP LLC,<br><br>Debtor. | Case Number: 24-18852-MCR<br>(Chapter 11) |

ORDER REQUIRING PARTIES TO MEET AND CONFER

On November 26, 2024, T-Mobile USA, Inc. ("T-Mobile") filed a *Motion to Seal T-Mobile's Motion for Entry of an Order Authorizing Requests for Productions, the Issuance of Subpoenas for the Production of Documents and the Provision of Testimony Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure* [Dkt. Mo. 60] (the "Motion to Seal"). Contemporaneously therewith, T-Mobile filed the *Motion for Entry of an Order Authorizing Requests for Productions, the Issuance of Subpoenas for the Production of Documents and the Provision of Testimony Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure* [Dkt. No. 61] (the "2004 Motion") under seal. The 2004 Motion seeks the entry of an order authorizing T-Mobile to issue document requests and subpoenas compelling the production of documents and the provision of testimony by the Debtor, Paul Greene ("Greene"), Prepaid

Wireless Wholesale, LLC ("PWW"), Global Connection Inc. of America, LLC d/b/a StandUp Wireless ("SUW"), X Wireless, LLC ("X Wireless"), and Q Link Wireless, LLC ("Q Link").

On December 5, 2024, the Court entered an Order Granting the Motion to Seal [Dkt. No. 77] (the "Order Granting Motion to Seal") in which it required T-Mobile to file a redacted version of the 2004 Motion within one (1) business day.  T-Mobile complied with the Order Granting Motion to Seal by filing a redacted version of the 2004 Motion on December 5, 2024 [Dkt. No. 79].

On January 2, 2025, the Debtor filed an objection to the 2004 Motion and Greene, SUW, and X Wireless (together, the "Non-Debtor Parties") filed a separate objection to the 2004 Motion.  *See* Dkt. Nos. 92 and 93, respectively.

Upon consideration of the 2004 Motion and the objections thereto, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that no later than **February 14, 2025**, T-Mobile, the Debtor, and the Non-Debtor Parties shall meet and confer regarding the issues raised in the objections to the 2004 Motion and shall make a good faith effort to resolve, or at least narrow, the issues raised therein; and it is further

ORDERED, that the parties shall file a joint status report by **February 28, 2025**, detailing the status of (i) T-Mobile's discovery requests, (ii) any agreed upon specific limitations regarding the discovery requests, and (iii) any agreed upon means for protecting the confidential and proprietary information of any of the parties from whom discovery is sought.

cc:  Debtor
Debtor's Counsel
Counsel to T-Mobile: David Daniels
Counsel to the Non-Debtor Parties: Kevin J. Pascale and Meighan G. Burton
Office of the United States Trustee – Lynn A. Kohen

**END OF ORDER**