**Prepaid Wireless Group, LLC**

**Unaudited Cash Receipt and Disbursement**

| USD Actuals | Type | Date | Num | Memo | Amount | Balance |
|---|---|---|---|---|---:|---:|
| **SSB Money Market Account** | | | | | | $25,634 |
| | General Journal | 12/31/2024 | | Interest for December 2024 | 30 | 25,664 |
| Total SSB Money Market Account | | | | | $30 | $25,664 |
| **TOTAL** | | | | | $30 | $25,664 |
| **Sandy Spring Bank - PWG** | | | | | | $9,920,326 |
| | Bill Pmt - Check | 12/02/2024 | | Phonecheck | (741) | 9,919,585 |
| | Bill Pmt - Check | 12/05/2024 | | Impact (Lingo) Telecom | (11) | 9,919,575 |
| | Bill Pmt - Check | 12/05/2024 | | CSC Global | (75) | 9,919,499 |
| | Bill Pmt - Check | 12/05/2024 | | Interserra JSI (FAStek) | (5,491) | 9,914,008 |
| | Bill Pmt - Check | 12/05/2024 | | Call Centers India | (503,216) | 9,410,792 |
| | Bill Pmt - Check | 12/06/2024 | | SingleHop LLC | (14,180) | 9,396,611 |
| | Bill Pmt - Check | 12/06/2024 | | Georgia Department of Revenue | (217,065) | 9,179,546 |
| | Bill Pmt - Check | 12/06/2024 | | Texas Comptroller of Public Accts | (51,934) | 9,127,613 |
| | Bill Pmt - Check | 12/06/2024 | | Colorado Department of Revenue | (72,474) | 9,055,139 |
| | Bill Pmt - Check | 12/09/2024 | | Syniverse Technologies | (20,600) | 9,034,539 |
| | Bill Pmt - Check | 12/10/2024 | | 3C Interactive | (28,440) | 9,006,098 |
| | Transfer from PWW | 12/12/2024 | | Prepaid Wireless Wholesale | 13,142,454 | 22,148,552 |
| | Bill Pmt - Check | 12/12/2024 | | T Mobile, USA | (10,026,434) | 12,122,118 |
| | Bill Pmt - Check | 12/17/2024 | | Iowa Department of Revenue | (4,278) | 12,117,840 |
| | Bill Pmt - Check | 12/17/2024 | | New York Department of Assessment | (4,796) | 12,113,044 |
| | Bill Pmt - Check | 12/18/2024 | | T Mobile, USA | (138,581) | 11,974,463 |
| | Bill Pmt - Check | 12/19/2024 | | CA Franchise Tax Board | (384,687) | 11,589,776 |
| | Bill Pmt - Check | 12/23/2024 | | Cole Schotz PC | (35,602) | 11,554,174 |
| | Bill Pmt - Check | 12/31/2024 | | Cole Schotz PC | (80,769) | 11,473,405 |
| Total Sandy Spring Bank - PWG | | | | | $1,553,079 | $11,473,405 |
| **TOTAL** | | | | | $1,553,079 | $11,473,405 |

**Prepaid Wireless Group, LLC**
**Unaudited Balance Sheet**

| USD Actuals | Dec 31, 24 |
|---|---:|
| **ASSETS** | |
|   **Current Assets** | |
|     Sandy Spring Bank - PWG | $11,473,292 |
|     SSB Money Market Account | 25,664 |
|     Accounts Receivable | 15,190,478 |
|     Loan to Global Connections | 2,097,405 |
|     Loan to PW Retail | (460,075) |
|     Loan to X Wireless | 50,894,517 |
|   **Total Current Assets** | **$79,221,281** |
|   **Fixed Assets** | |
|     Computers and Peripherals | -- |
|   **Other Assets** | |
|     Computer Software | -- |
| **TOTAL ASSETS** | **$79,221,281** |
| **LIABILITIES & EQUITY** | |
|   **Liabilities** | |
|   **Current Liabilities** | |
|     Accounts Payable | 50,581,058 |
|     Accrued expense | 1,960,391 |
|     Loan from PWW | 286,590,851 ` |
|   **Total Current Liabilities** | **$339,132,301** |
|   **Total Liabilities** | **$339,132,301** |
|   **Equity** | |
|     **Paul Greene, 100% Owner** | |
|       **Less Distributions** | -89,845,432.89 |
|       **Paul Greene, 100% Owner - Other** | -165,489,131.90 |
|     Members Equity | (255,334,565) |
|     Retained Earnings | (4,576,455) |
|     **Retained Earnings** | -21,691,761.77 |
|     **Net Income** | 17,115,306.59 |
|   **Total Equity** | **($259,911,020)** |
| **TOTAL LIABILITIES & EQUITY** | **$79,221,281** |

**Prepaid Wireless Group, LLC**

**Unaudited Income Statement**

| USD Actuals | Dec 2024 |
|---|---:|
| **Total Sales Income** | 15,190,478 |
| **Cost of Goods Sold** | |
|     Service Cost | 779,354 |
|     Total T-Mobile Airtime Charges | 12,838,094 |
|     Verizon Airtime Charges | 378 |
| **Total Cost of Goods Sold** | **$13,617,826** |
| **Gross Profit** | **$1,572,651** |
| **SG&A** | |
|     Tax Registration Fees | 5,470 |
| **Total SG&A** | **$5,470** |
| **Total Professional Fees** | **$250,094** |
| **Net Ordinary Income** | **$1,317,087** |
| **Other Income** | |
|     Interest income | 30 |
| **Total Other Income** | **$30** |
| **Net Income** | **$1,317,117** |

**Prepaid Wireless Group, LLC**

**Post Petition A/P Aging**

| USD Actuals | 1-10 | 11-20 | 21-30 | 31-40 |
|---|---:|---:|---:|---:|
| Cirries Technologies | 75,000 | -- | -- | -- |
| Interserra JSI (FAStek) | 5,469 | -- | -- | -- |
| Impact Telecom | 7 | 10 | 13 | -- |
| **TOTAL** | **$80,476** | **$10** | **$13** | **$0** |

# Sandy Spring Bank

Last statement: November 30, 2024
This statement: December 31, 2024
Total days in statement period: 31

Page 1 of 2
XXXXXXX49-01
(0)

Direct inquiries to:
800-399-5919

PREPAID WIRELESS GROUP LLC
6100 EXECUTIVE BLVD SUITE 202
ROCKVILLE MD 20852-3965

Sandy Spring Bank
17801 Georgia Ave
Olney MD  20832

## Commercial Checking

| | | | | |
|---|---|---|---|---|
| Account number | XXXXXXX49-01 | Beginning balance | $9,920,326.42 |
| Low balance | $9,006,098.25 | Total additions | 13,142,453.88 |
| Average balance | $10,911,807.11 | Total subtractions | 11,589,374.96 |
| | | Ending balance | $11,473,405.34 |

### CHECKS

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 2661 | 12-19 | 384,687.00 | 2666 * | 12-17 | 4,796.00 |
| 2662 | 12-17 | 4,278.00 | * Skip in check sequence | | |

### DEBITS

| Date | Description | Subtractions |
|---|---|---|
| 12-02 | ' ACH Withdrawal | 740.96 |
| | PREPAID WIRELESS ACH PAYMNT 241202 | |
| 12-05 | ' ACH Withdrawal | 10.74 |
| | PREPAID WIRELESS ACH PYMT 241205 | |
| 12-05 | ' ACH Withdrawal | 75.36 |
| | PREPAID WIRELESS ACH PYMT 241205 | |
| 12-05 | ' ACH Withdrawal | 5,491.44 |
| | PREPAID WIRELESS ACH PYMT 241205 | |
| 12-05 | ' ACH Withdrawal | 503,216.10 |
| | PREPAID WIRELESS ACH PYMT 241205 | |
| 12-06 | ' Wire Out | 14,180.40 |
| | XXXXXXXX3346 SINGLEHOP CLIENT ID 193561 I | |
| 12-06 | ' ACH Withdrawal | 217,065.00 |
| | GEORGIA ITS TAX GA TX PYMT 241206 | |
| | XXXXX5024 | |
| 12-06 | ' ACH Withdrawal | 51,933.74 |
| | WEBFILE TAX PYMT DD 241206 | |
| | XXXXXX8918 | |
| 12-06 | ' ACH Withdrawal | 72,474.00 |
| | COGOV CODPTOFREV 241206 | |
| | XXXXX3468 | |

17801 Georgia Avenue, Olney, Maryland 20832

1-800-399-5919 • 301-774-6400 • www.sandyspringbank.com

# Sandy Spring Bank

PREPAID WIRELESS GROUP LLC  
December 31, 2024

Page 2 of 2  
XX-XXXX49-01

| Date | Description | Subtractions |
|---|---|---|
| 12-09 | ' ACH Withdrawal | 20,600.00 |
|  | PREPAID WIRELESS ACH PYMT 241209 |  |
| 12-10 | ' ACH Withdrawal | 28,440.43 |
|  | PREPAID WIRELESS ACH PYMT 241210 |  |
| 12-12 | ' Wire Out | 10,026,434.20 |
|  | 8950 T-MOBILE PCS HOLDIPREPAID WIRELESS G |  |
| 12-18 | ' Wire Out | 138,581.37 |
|  | 1950 T-MOBILE PCS HOLDIPREPAID WIRELESS G |  |
| 12-23 | ' Wire Out | 35,601.72 |
|  | 1778 COLE SHOTZ PC BALTIMORE MD 2123 |  |
|  | PREPAID WIRELESS G |  |
| 12-31 | ' Wire Out | 80,768.50 |
|  | 8014 COLE SHOTZ PC BALTIMORE MD 2123 |  |
|  | PREPAID WIRELESS G |  |

**CREDITS**

| Date | Description | Additions |
|---|---|---|
| 12-12 | ' Cash Mgmt Trsfr Cr | 13,142,453.88 |
|  | REF 3471230L FUNDS TRANSFER FRMDEP 8901 |  |
|  | FROM |  |

**DAILY BALANCES**

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 11-30 | 9,920,326.42 | 12-09 | 9,034,538.68 | 12-18 | 11,974,462.56 |
| 12-02 | 9,919,585.46 | 12-10 | 9,006,098.25 | 12-19 | 11,589,775.56 |
| 12-05 | 9,410,791.82 | 12-12 | 12,122,117.93 | 12-23 | 11,554,173.84 |
| 12-06 | 9,055,138.68 | 12-17 | 12,113,043.93 | 12-31 | 11,473,405.34 |

*Thank you for banking with Sandy Spring Bank*

17801 Georgia Avenue, Olney, Maryland 20832

1-800-399-5919 • 301-774-6400 • www.sandyspringbank.com

Printset Check E-Statements - 12/31/2024

9:24 AM
01/02/25

# Prepaid Wireless Group
# Reconciliation Detail
## Sandy Spring Bank - PWG, Period Ending 12/31/2024

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | 9,920,326.42 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 18 items** | | | | | | |
| Bill Pmt -Check | 12/02/2024 | ACH | Phonecheck | X | -740.96 | -740.96 |
| Bill Pmt -Check | 12/06/2024 | ACH | Call Centers India Inc | X | -503,216.10 | -503,957.06 |
| Bill Pmt -Check | 12/06/2024 | 2661 | CA Franchise Tax Bo... | X | -384,687.00 | -888,644.06 |
| Bill Pmt -Check | 12/06/2024 | ACH | Georgia Department ... | X | -217,065.00 | -1,105,709.06 |
| Bill Pmt -Check | 12/06/2024 | ACH | Colorado Department... | X | -72,474.00 | -1,178,183.06 |
| Bill Pmt -Check | 12/06/2024 | ACH | Texas Comptroller of ... | X | -51,933.74 | -1,230,116.80 |
| Bill Pmt -Check | 12/06/2024 | WIRE | SingleHop LLC | X | -14,180.40 | -1,244,297.20 |
| Bill Pmt -Check | 12/06/2024 | ACH | Inteserra JSI (FAStek) | X | -5,491.44 | -1,249,788.64 |
| Bill Pmt -Check | 12/06/2024 | 2666 | New York Departmen... | X | -4,796.00 | -1,254,584.64 |
| Bill Pmt -Check | 12/06/2024 | 2662 | Iowa Department of ... | X | -4,278.00 | -1,258,862.64 |
| Bill Pmt -Check | 12/06/2024 | ACH | CSC Global | X | -75.36 | -1,258,938.00 |
| Bill Pmt -Check | 12/06/2024 | ACH | Impact (Lingo) Telec... | X | -10.74 | -1,258,948.74 |
| Bill Pmt -Check | 12/09/2024 | ACH | Syniverse Technologi... | X | -20,600.00 | -1,279,548.74 |
| Bill Pmt -Check | 12/10/2024 | ACH | 3C Interactive (IMImo... | X | -28,440.43 | -1,307,989.17 |
| Bill Pmt -Check | 12/12/2024 | WIRE | T Mobile, USA | X | -10,026,434.20 | -11,334,423.37 |
| Bill Pmt -Check | 12/18/2024 | WIRE | T Mobile, USA | X | -138,581.37 | -11,473,004.74 |
| Bill Pmt -Check | 12/23/2024 | WIRE | Cole Schotz PC | X | -35,601.72 | -11,508,606.46 |
| Bill Pmt -Check | 12/31/2024 | WIRE | Cole Schotz PC | X | -80,768.50 | -11,589,374.96 |
| Total Checks and Payments | | | | | -11,589,374.96 | -11,589,374.96 |
| **Deposits and Credits - 1 item** | | | | | | |
| Payment | 12/12/2024 | | Prepaid Wireless Wh... | X | 13,142,453.88 | 13,142,453.88 |
| Total Deposits and Credits | | | | | 13,142,453.88 | 13,142,453.88 |
| Total Cleared Transactions | | | | | 1,553,078.92 | 1,553,078.92 |
| **Cleared Balance** | | | | | 1,553,078.92 | 11,473,405.34 |
| **Uncleared Transactions** | | | | | | |
| **Checks and Payments - 1 item** | | | | | | |
| Bill Pmt -Check | 12/06/2024 | 2663 | New York Departmen... | | -113.00 | -113.00 |
| Total Checks and Payments | | | | | -113.00 | -113.00 |
| Total Uncleared Transactions | | | | | -113.00 | -113.00 |
| Register Balance as of 12/31/2024 | | | | | 1,552,965.92 | 11,473,292.34 |
| **Ending Balance** | | | | | 1,552,965.92 | 11,473,292.34 |

Page 1

# Sandy Spring Bank

Last statement: September 30, 2024  
This statement: December 31, 2024  
Total days in statement period: 92

Page 1 of 1  
XXXXXX49-18  
(0)

Direct inquiries to:  
800-399-5919

PREPAID WIRELESS GROUP LLC  
6100 EXECUTIVE BLVD SUITE 202  
ROCKVILLE MD 20852-3965

Sandy Spring Bank  
17801 Georgia Ave  
Olney MD  20832

## Business Premier MM Savings

| | |
|---|---|
| Account number | XXXXXXX49-18 |
| Low balance | $25,633.56 |
| Average balance | $25,633.56 |
| Interest paid year to date | $529,221.77 |

**DAILY ACTIVITY**

| Date | Description | Additions | Subtractions | Balance |
|---|---|---:|---:|---:|
| 09-30 | Beginning balance | | | $70,174.26 |
| 10-11 | ' Cash Mgmt Trsfr Cr<br>REF 2851229L FUNDS TRANSFER FRM<br>DEP XXXX8901 FROM | 500,000.00 | | 570,174.26 |
| 10-11 | ' Cash Mgmt Trsfr Cr<br>REF 2851227L FUNDS TRANSFER FRM<br>DEP XXXX8901 FROM | 4,000,000.00 | | 4,570,174.26 |
| 10-11 | ' Cash Mgmt Trsfr Cr<br>REF 2851228L FUNDS TRANSFER FRM<br>DEP XXXX4901 FROM | 4,500,000.00 | | 9,070,174.26 |
| 10-16 | ' Cash Mgmt Trsfr Cr<br>REF 2900858L FUNDS TRANSFER FRM<br>DEP XXXX8901 FROM | 1,500,000.00 | | 10,570,174.26 |
| 10-18 | ' Cash Mgmt Trsfr Dr<br>REF 2921138L FUNDS TRANSFER TO<br>DEP XXXX8901 FROM | | -10,550,000.00 | 20,174.26 |
| 10-31 | ' Interest Credit | 5,428.21 | | 25,602.47 |
| 11-30 | ' Interest Credit | 31.09 | | 25,633.56 |
| 12-31 | ' Interest Credit | 30.31 | | 25,663.87 |
| 12-31 | **Ending totals** | **10,505,489.61** | **-10,550,000.00** | **$25,663.87** |

**INTEREST INFORMATION**

| | |
|---|---|
| Annual percentage yield earned | 2.94 % |
| Interest-bearing days | 92 |
| Average balance for APY | $750,414.31 |
| Interest earned | $5,489.61 |

*Thank you for banking with Sandy Spring Bank*

17801 Georgia Avenue, Olney, Maryland 20832

1-800-399-5919 • 301-774-6400 • www.sandyspringbank.com

Printset Check E-Statements - 12/31/2024